**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RECEIVED
SEP 11 2023
PRO SE OFFICE

HEATHER JANSEN,

                    Plaintiff,

          -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION and DAVID C. BANKS, in
his official capacity as Chancellor of the
New York City Department of Education,
and MARION WILSON, in her official
capacity as Superintendent of District 31 of
the New York City Department of Education,

                    Defendant.

Case No.

_____

**23-CV-6756**

**Gonzalez, J.**

**Bloom, M.J.**

## AFFIDAVIT

Under penalty of perjury, I declare and affirm that the below stated facts are true and correct.

- At approximately 11:01 a.m., Monday, September 11, 2023, I emailed DEFENDANT WILSON and advised her that an application would be made by plaintiff of a temporary restraining order and an order directing her to show cause why she should not be preliminarily enjoined.

- At approximately 11:02 a.m., Monday, September 11, 2023, I emailed DEFENDANT BANKS and advised him that an application would be made by plaintiff of a temporary restraining order and an order directing him to show cause why he should not be preliminarily enjoined.

- At approximately 11:04 a.m., Monday, September 11, 2023, I emailed DEFENDANT NYCDOE and advised them that an application would be made by plaintiff of a temporary restraining order and an order directing them to show cause why they should not be preliminarily enjoined.

Dated: September 11, 2023
          Respectfully submitted,

                                        Heather Jansen
                                        *Pro Se*
                                        13 Hampton Road
                                        Monroe Township, NJ 08831
                                        Telephone: (646)957-1663
                                        Email: Hjansen01@yahoo.com

## Notice of Intent to File Motion for Temporary Restraining Order and Preliminary Injunction

Jansen Heather <HJansen@schools.nyc.gov>

Mon 9/11/2023 11:04 AM

To:DOE Subpoenas <DOESubpoenas@schools.nyc.gov>

Dear General Councel,

I hope this message finds you well. I am writing to inform you of my intention to file a motion in the Eastern District of New York Court for a Temporary Restraining Order (TRO) and Preliminary Injunction. The purpose of this motion is to seek court-ordered relief that will require you to show cause why you should not be preliminarily enjoined from certain actions.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, I am obligated to make reasonable attempts to notify the opposing party about the restraining order I am seeking. In accordance with this rule, I am providing you with this advance notice to ensure transparency and to fulfill the legal requirements.

The specifics of the TRO and Preliminary Injunction will be detailed in the motion filed with the court, and you will have an opportunity to respond to the allegations and arguments presented therein. This process will allow both parties to present their respective cases before the court can make an informed decision.

Please be advised that this notice is not a formal legal document but rather a courtesy to inform you of the forthcoming legal proceedings. You will receive official legal documentation from the court once the motion is filed.

Thank you for your attention to this matter, and I look forward to the opportunity to resolve this dispute through the appropriate legal channels.

Respectfully,
Heather Jansen

CONFIDENTIALITY NOTICE:
If you have received this electronic transmission in error, delete it without copying or forwarding and notify the sender of the error.

## Notice of Intent to File Motion for Temporary Restraining Order and Preliminary Injunction

**Jansen Heather <HJansen@schools.nyc.gov>**

Mon 9/11/2023 11:02 AM

To:Chancellor David C. Banks <NYCChancellor@schools.nyc.gov>

**Dear Chancellor Banks,**

I hope this message finds you well. I am writing to inform you of my intention to file a motion in the Eastern District of New York Court for a Temporary Restraining Order (TRO) and Preliminary Injunction. The purpose of this motion is to seek court-ordered relief that will require you to show cause why you should not be preliminarily enjoined from certain actions.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, I am obligated to make reasonable attempts to notify the opposing party about the restraining order I am seeking. In accordance with this rule, I am providing you with this advance notice to ensure transparency and to fulfill the legal requirements.

The specifics of the TRO and Preliminary Injunction will be detailed in the motion filed with the court, and you will have an opportunity to respond to the allegations and arguments presented therein. This process will allow both parties to present their respective cases before the court can make an informed decision.

Please be advised that this notice is not a formal legal document but rather a courtesy to inform you of the forthcoming legal proceedings. You will receive official legal documentation from the court once the motion is filed.

Thank you for your attention to this matter, and I look forward to the opportunity to resolve this dispute through the appropriate legal channels.


Respectfully,
Heather Jansen


CONFIDENTIALITY NOTICE:
If you have received this electronic transmission in error, delete it without copying or forwarding and notify the sender of the error.

## Notice of Intent to File Motion for Temporary Restraining Order and Preliminary Injunction

**Jansen Heather <HJansen@schools.nyc.gov>**

Mon 9/11/2023 11:01 AM

To:Wilson Marion <MWilson11@schools.nyc.gov>

**Dear Superintendent Wilson,**

I hope this message finds you well. I am writing to inform you of my intention to file a motion in the Eastern District of New York Court for a Temporary Restraining Order (TRO) and Preliminary Injunction. The purpose of this motion is to seek court-ordered relief that will require you to show cause why you should not be preliminarily enjoined from certain actions.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, I am obligated to make reasonable attempts to notify the opposing party about the restraining order I am seeking. In accordance with this rule, I am providing you with this advance notice to ensure transparency and to fulfill the legal requirements.

The specifics of the TRO and Preliminary Injunction will be detailed in the motion filed with the court, and you will have an opportunity to respond to the allegations and arguments presented therein. This process will allow both parties to present their respective cases before the court can make an informed decision.

Please be advised that this notice is not a formal legal document but rather a courtesy to inform you of the forthcoming legal proceedings. You will receive official legal documentation from the court once the motion is filed.

Thank you for your attention to this matter, and I look forward to the opportunity to resolve this dispute through the appropriate legal channels.

Respectfully,
Heather Jansen

CONFIDENTIALITY NOTICE:
If you have received this electronic transmission in error, delete it without copying or forwarding and notify the sender of the error.