January 3, 2024

**Via ECF**

Honorable Judge Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom: 6A South
Brooklyn, New York 11201

**Re:** *Jansen v. The City of New York, et al.*, **Civil Case No. 1:23-cv-06756-HG**

Dear Judge Gonzalez:

  On behalf of Plaintiff Heather Jansen ("Plaintiff") in the above-referenced matter, I write in accordance with this Court's Individual Practices to request a teleconference with the Court at its earliest convenience and defense counsel to advise the Court of a particular incident, which took place on December 22, 2023. Plaintiff informed me she was threatened at her home by an individual who stated, "If you know what's good for you, you'll drop the case against Marion." Plaintiff took this as a warning to cease the instant action against Defendant Marion Wilson or dire consequences would follow. Plaintiff thereafter telephoned the Monroe Township Police Department to report the occurrence. Please see attached as **Exhibit A,** Plaintiff's filed Police Report detailing the attempt to intimidate and harass her.

  Prior to this incident, on February 17, 2023, Plaintiff filed her first complaint of discrimination against Defendant Marion Wilson, and on February 20, 2023, her vehicle's tires were slashed.

  Plaintiff has made no prior request seeking a teleconference to discuss this issue. We thank the Court's attention to this matter.

               Respectfully submitted,

               SHEGERIAN & ASSOCIATES

               *Olivia Clancy*
               Olivia M. Clancy, Esq.

cc:  All Counsel of Record (*via ECF*)