# EXHIBIT A



# MONROE TOWNSHIP POLICE
# MONROE TOWNSHIP, NJ

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 23044851 / 1 | GING | PTL | APPROVED |

## INCIDENT #23044851 DATA
As Of 12/23/2023 16:44:35

### BASIC INFORMATION

**CASE TITLE**
HARASSMENT

**LOCATION**
13 HAMPTON RD

**APT/UNIT #**

**DATE/TIME REPORTED**
12/22/2023 07:11:33

**DATE/TIME OCCURRED**
On or about 12/22/2023 07:11

**INCIDENT TYPE(S)/OFFENSE(S)**
(2656)HARASSMENT
(2C:28-5(B))WITNESS TAMPERING

### PERSONS

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| VICTIM | JANSEN, HEATHER | FEMALE | WHITE |
| INVOLVED PARTY | WILSON, MARION | FEMALE | BLACK |

### OFFENDERS

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| DEFENDANT | UNKNOWN, UNKNOWN | MALE | BLACK |

### VEHICLES

| ROLE | TYPE | YEAR | MAKE | MODEL | COLOR | REG # | STATE |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2019 | BUICK | ENCLAVE | BLACK | C84RDV | NJ |

| STOLEN $ | REC CODE | DATE REC | REC $ | REC BY |
|---|---|---|---|---|

[ NO PROPERTY ]

### OFFICER REPORT: 23044851 - 1 / GING (150)

**DATE/TIME OF REPORT**
12/22/2023 08:56:33

**TYPE OF REPORT**
INCIDENT

**REVIEW STATUS**
APPROVED

## NARRATIVE

On the above date and time, I responded to Police Headquarters for a walk in report. Dispatch advised that the reporting party was verbally assaulted. It was later determined to be a harassment report and witness tampering.

Upon my arrival I spoke with Heather Jansen, who advised she was intimidated by an unknown male. Heather stated that this morning (12/22/23) at approximately 0635 hours, she opened her garage door and saw an unknown black male standing by her vehicle (NJ Reg C84RDV). She continued that the male asked if she was Heather Jansen, and she confirmed thinking she was getting served legal papers for a case she was involved in. She advised that the male then told her to drop the lawsuit against Marion. Heather stated the male then took off in the direction of her vehicle south on Hampton Road. She advised that she did not know this man and was intimidated by the fact he was on her property waiting for her.

Heather stated that she also feels this is intimidation for her ongoing court case against the City of New York, for an incident involving members of the Department of Education. She advised in the lawsuit she named her previous boss, Superintendent Marion Wilson, for hostile working environment and a whistle-blowing lawsuit (NY Docket 1:23-CV-06756-HG). She continued back in 2022, between November and December, she located her same vehicle with it's tires damaged. Heather advised that since she was not sure of when the damage happened, she did not report it to police. But she now feels these two incidents are related given the length of time the lawsuit has been going on for.

Heather described the male to be a medium complexion black male, with short black fuzzy hair on his head. She advised he was wearing a brown leather jacket, a yellow shirt, and a pair of dark jeans. She described his height to be about 5'06" and 5'08" with a medium build. Heather advised she was not able to see any specific markings or symbol on his clothing, nor was she able to see any shoes. She lastly estimated his age to be roughly 35 to 45 years old, and he is being reported as leaving the property on foot south of the residence.

Heather was provided a Citizen Information Form for the incident. She also was asked about surveillance, and advised that she did not have cameras on her property. I then went out to her location and located surveillance cameras on 11 and 15 Hampton Road. 11 Hampton Road did not have their cameras in record mode, and did not capture anything. 15 Hampton Road, advised their father only had access to the footage and was unavailable at this time. The individual I spoke to did not wish to identify himself at this time. I provided him my email address in case their cameras captured anything.

Nothing further at this time.

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | GING | 150 |
| Reviewing Officer: | SGT. MOSAKOWSKI | 101 |
| Approving Officer: | LT. DZIOMBA | 88 |