# EXHIBIT 2

# Inclusive Teacher Recruitment & Hiring Toolkit

NYC Department of Education

Office of Teacher Recruitment and Quality
Division of Human Resources



Inclusive Teacher Recruitment & Hiring Toolkit

*"Three years ago we decided to invest in inclusive hiring. We learned to be as unbiased as possible and ended up choosing an incredible teacher, still with us, who we would never have found without this process. At this point, the impact on our students has been profound. Students have more teachers they connect with—from race and gender to life experiences."*

—NYC DOE Principal

## Introduction

Great schools begin with great hires. The people in our buildings are the very definition of the community we create, and the choices we make during the hiring process—from recruiting the right candidates, to identifying the best fit, to sustaining that fit once selected—offer the single most powerful opportunity we have as leaders to shape our schools.

Unfortunately there is no single answer to what makes a potential hire a "fit" for your school. Great educators come in impossibly varied guises, with impossibly varied backgrounds. But what a new generation of research makes clear is that in a culturally diverse world, hiring a culturally diverse staff is a fundamental need, standing alongside strong curriculum, high expectations, and a deep sense of belonging as an imperative job of a principal. Diversity (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) is not a bonus, nor an afterthought, nor a performative gesture toward an ideal world, but instead is a crucial, often-overlooked lever you must engage to build a strong school community. Eighty-five percent of New York City students are students of color. Students taught by teachers who look like them, who share similar identities, benefit in profound ways. They are less likely to drop out of high school, more likely to aspire to college, and more likely to graduate on track. Similarly, educators who look like their students are more likely to stay with their school, leading to a teaching force with greater tenure and expertise. To be direct, if you are not actively seeking to hire inclusively you are not building the strongest community possible—and the students you serve are missing out.

But just like hiring in general, inclusive hiring is not easy. It won't happen by accident. This toolkit presents a series of practices designed to rejuvenate your hiring process. It was designed by principals and teachers for principals and teachers, combining research on bias, expertise from HR professionals, with systems used by some of the city's most expert educators. We believe it will allow you to actively seek out the best candidates to meet the needs of New York City's magnificent array of students.

## This guide offers:

- ❑ **Tools to outline and standardize the recruitment process**
- ❑ **Best practices to support inclusivity and promote a school culture of belonging**
- ❑ **Differentiated hiring process timelines to be modified for your school context**
- ❑ **Strategies to mitigate bias throughout the interview and selection process**
- ❑ **Resources for further learning**



### Looking to Start Right Now?

Before implementing Stages 1- 6 of the recruitment and hiring process, we recommend taking the Inclusive Teacher Recruitment & Hiring Self-Assessment to identify focus areas to guide your engagement with the resources. After completing the assessment individually, principals can share the tool with hiring committee members.

*Developed by Eskolta School Research and Design and the Center for Black Educators for the NYC Department of Education, Office of Teacher Recruitment and Quality (TRQ)*

Inclusive Teacher Recruitment & Hiring Toolkit

# Initiative Overview

## HIRING PROCESS REFERENCE TABLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Keep this table handy as a reference while you develop your recruitment and hiring processes.

## STAGE 1 | ASSEMBLE A DIVERSE HIRING COMMITTEE . . . . . . . . . . . . . . . . . . 4
**Build your team.** Actively seek the perspectives of diverse stakeholders to form a hiring committee representative of your school community.

## STAGE 2 | EXAMINE YOUR CURRENT PRACTICES & ENVIRONMENT . . . . . . . . 10
**Reflect before you act.** Assess your school's current hiring practices to identify areas of improvement and ways to increase inclusivity and belonging.

## STAGE 3 | MAP YOUR RECRUITMENT & HIRING PROCESS . . . . . . . . . . . . . . 13
**Organize your process.** Review best practices and prompts to define your school's recruitment needs and projected timeline.

## STAGE 4 | CREATE A STANDARDIZED REVIEW & INTERVIEW PROTOCOL . . . . . . 20
**Give every candidate the same experience.** Explore best practices for assessing the quality of your candidate pool accurately, including sample tools for standardizing your interviewing process.

## STAGE 5 | SOURCE, REVIEW, & INTERVIEW CANDIDATES . . . . . . . . . . . . . . . . 26
**Get started hiring.** Use your standardized protocol to mitigate bias-driven decision making and ensure new hires meet student and school needs.

## STAGE 6 | ENGAGE & ONBOARD NEW HIRES . . . . . . . . . . . . . . . . . . . . . . . . . . 30
**Welcome new hires to your building.** Provide the new candidate with a welcoming, engaging, and affirming place within your school.

*Developed by Eskolta School Research and Design and the Center for Black Educators for the NYC Department of Education, Office of Teacher Recruitment and Quality (TRQ)*

# Hiring Process Reference Table

| PREREQUISITE: SELF-ASSESS | | |
|---|---|---|
| **1 hour in early March** | ☐ Inclusive Teacher Recruitment & Hiring Self-Assessment | |

| STAGE 1 \| ASSEMBLE A DIVERSE HIRING COMMITTEE | **Tools:** | **Readings:** |
|---|---|---|
| **2-3 weeks March** | ☐ Self-Paced Module for Inclusive Teacher Recruitment & Hiring<br>☐ Inclusive Teacher Recruitment & Hiring Self-Assessment<br>☐ Guiding Questions: Forming an Inclusive Hiring Committee<br>☐ Template A: Action Plan for Establishing the Work of the Hiring Committee | ☐ Fact Sheet: A Diverse Teaching Force Matters<br>☐ Common Understanding: Unconscious Bias & Hiring<br>☐ Implicit Bias and Culturally Responsive Environments |

| STAGE 2 \| EXAMINE YOUR CURRENT PRACTICES & ENVIRONMENT | **Tools:** | **Readings:** |
|---|---|---|
| **2 weeks March/April** | ☐ Inclusive Teacher Recruitment & Hiring Self-Assessment (share with committee)<br>☐ Equitable Hiring Tool | ☐ Common Understanding: Unconscious Bias & Hiring (share with hiring committee)<br>☐ Emtrain |

| STAGE 3 \| MAP YOUR RECRUITMENT & HIRING PROCESS | **Tools:** | **Reading:** |
|---|---|---|
| **1-2 months April-May** | ☐ Template B: Hiring Process Timeline<br>☐ Recruitment Checklist<br>☐ Checklist: Resume Review<br>☐ Equitable Hiring Tool | ☐ Inclusive Teacher Recruitment & Hiring Initiative homepage |

| STAGE 4 \| DESIGN A STRUCTURED INTERVIEW PROCESS | **Tools:** | **Reading:** |
|---|---|---|
| **1-2 months May-June** | ☐ Structured Interviewing Guide<br>☐ Checklist: Recruitment<br>☐ Checklist: Resume Review<br>☐ Equitable Hiring Tool | ☐ OPM Structured Interviews: A Practical Guide |

| STAGE 5 \| BEGIN HIRING: SOURCE, REVIEW, & INTERVIEW CANDIDATES | **Tools:** | **Readings:** |
|---|---|---|
| **2-3 months June-August** | ☐ Structured Interviewing Guide<br>☐ Checklist: Recruitment<br>☐ Checklist: Resume Review | ☐ Forbes and Workable articles: How Bias Can Affect Recruitment<br>☐ OPM Structured Interviews: A Practical Guide<br>☐ Employee Selection Procedures |

| STAGE 6 \| ENGAGE & ONBOARD NEW HIRES | **Tools:** | **Readings:** |
|---|---|---|
| **Ongoing** | ☐ Onboarding Grab & Go<br>☐ Elements of Onboarding: Priority Steps and Key Resources<br>**To share with new teachers:**<br>☐ New Teacher Toolkit<br>☐ HR Checklist<br>☐ HR Roadmap<br>☐ Register for New Teacher Week<br>☐ Register for ITeachNYC | ☐ Tips for Onboarding New Teachers<br>☐ The NYCDOE New Teacher Mentoring website<br>☐ New Teacher Instructional Mentoring Guide for Principals<br>☐ Collaborative Learning Through Peer Inter-visitations Toolkit |



**1** Assemble a Diverse Hiring Committee

**2** Examine Your Current Practices & Environment

**3** Map Your Recruitment & Hiring Process

**4** Create a Standardized Review & Interview Protocol

**5** Source, Review, & Interview Candidates

**6** Engage & Onboard New Hires

## STAGE 1 |
# Assemble a Diverse Hiring Committee

### Tips to Mitigate Bias

**DO:** Consider and uplift the perspectives of students, parents and guardians, and staff members in the department gaining new hires.

**AVOID:** Creating a hiring committee of "like-minded" or otherwise similar individuals (e.g., all administrators).



### Quick look:



**What is the purpose of this stage?**
Assemble a hiring team that will represent diverse perspectives and form the bedrock of the inclusive hiring process in your building



**When should it be used?**
Before recruiting and interviewing candidates



**Who should be involved at this stage?**
Principal, Assistant Principal(s)



**Starting point**
Inclusive Teacher Recruitment & Hiring Self-Assessment

**Hiring for diversity** (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) is the work of a team, not an individual. While a strong leader can hold a vision for their building, even the most determined does not contain the multiple perspectives, experiences, and forms of expertise that define their community. Your hiring committee will be the leading face of your school for outreach, directly representing your school to prospective candidates as you recruit and interview them. At the same time, because their decisions will impact the entire school community, committee members will take an inevitable role in selling those decisions to others. It is therefore critical to assemble your hiring committee with care: finding members who understand your community and are committed to an inclusive search that will find the best candidate.

### In this stage you will build:

- ❑ A diverse hiring committee that includes stakeholders from across your community
- ❑ A shared vision of success, ensuring all members understand the value of a diverse staff
- ❑ Roles and responsibilities for members of the committee to carry out the hiring process

4

Inclusive Teacher Recruitment & Hiring Toolkit



## Use Active Outreach to Build a Committee with the Best Members

Your hiring committee need not be large or difficult to manage. We recommend small teams with 3–6 members. Team members do need, however, the skills necessary to work collaboratively and hear the underrepresented voices of staff in their schools. Use the guiding questions below to consider the interest levels, mindsets, and workloads of prospective members, then actively go after the "dream team" that will best fill your committee.

**Do I know who is interested?**

▸ Have I shared the opportunity to participate in the hiring committee with my staff?

▸ Have I provided opportunities for other stakeholders to express their interest in participating?

▸ If I identified potential committee members, did I speak with them to confirm their interest and enthusiasm for participating?

**Am I considering my team's mindsets?**

▸ How would members of my hiring committee explain why diversity (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) matters for our students?"

▸ What am I doing to assess my team's mindsets? How would I know if the members of my hiring committee understand their social identities (e.g., their race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) and how their identities contribute to our community?

### Mindset Work Begins at Home

As you consider your team's mindset, make sure you are also examining your own. Use the Inclusive Teacher Recruitment & Hiring Self-Assessment to evaluate your readiness to engage in this work, as well as locate additional resources that will help build a stronger, more inclusive culture in your building.

Inclusive Teacher Recruitment & Hiring Toolkit

**"By including students, we are gaining insight on their needs as learners who are taking accountability for their experiences in the classroom."**

**—Member of a NYC Hiring Committee**

**How can I ensure diverse representation?**

▸ Do the members of my hiring committee represent different identities, backgrounds, and skill-sets?

▸ Am I actively trying to recruit teachers from diverse backgrounds so that our teaching staff better reflects our student population? Is someone from the same background on my hiring committee?

▸ Does my hiring committee include teachers?

  ▸ Of different grades / subjects?

  ▸ In grades / subjects with anticipated vacancies?

▸ Does my hiring committee include other stakeholders, such as students, families, school staff, and members of community-based organizations?

▸ How would the members of my hiring committee explain the goals of our community to an outsider? Would they be in alignment?

▸ Does the hiring committee have the appropriate subject matter experts available to assess quality, skill, and potential during the interviewing process? If not, how can I get that?

**Does my team have influence?**

▸ How do I know if the members of my hiring committee have influence in the broader school community?

▸ If we adopt new practices, will my committee be able to help build buy-in and enthusiasm?

▸ Can the members of my hiring committee advocate for underrepresented groups?

**Do the people on my team have the bandwidth to do the work?**

▸ Do the members of my hiring committee have the time to take on this work?

▸ Have I repeatedly asked the same staff members to take on extra responsibilities? Could my own bias be informing who I usually "go to"?

▸ Are there responsibilities I can shift, or duties I can lighten to allow a high leverage community member to participate? Can per session funds be allocated to support this work?

▸ Have I cleared a set time when hiring committee members can engage in their work together?

▸ If I determine that my teaching staff is struggling with bandwidth, how can I add in voices from the community—such as parents, caregivers, and students—who *do* have the time to join?

▸ Have I considered using tools like video recordings of interviews and demo lessons to let committee members weigh in asynchronously?

### Fact

**A Black male student who has at least one Black teacher in 3rd, 4th or 5th grade is significantly less likely to drop out of high school and significantly more likely to aspire to attend a four-year college or university (Gershenson et al, 2017).[1]**

1. Seth Gershenson, Cassandra Hart, Constance Lindsay, and Nicholas Papageorge, "The Long-Run Impacts of Same-Race Teachers," IZA discussion paper 10630, 2017.

Inclusive Teacher Recruitment & Hiring Toolkit

## Create a Common Understanding of Success

Creating a shared knowledge base and vision is a foundational step for collaboration that should come before any recruitment or hiring activities. Take time to build background in the "whys" and "hows" of inclusive hiring. Begin by making a list of the training and resources that have been most helpful for your own personal development as a practitioner of inclusive hiring. Consider using this powerful explainer, Fact Sheet: Diverse Teaching Matters, to root your team in the urgency of this work. Finally take a moment to assess the readiness of your team to do this work using the following questions:

**Are we all on the same page in terms of a vision of inclusive hiring?**

- Do hiring committee members understand the value of creating inclusive hiring and recruiting practices?

- Do they have a shared sense of purpose related to that understanding?

- Are they prepared to engage in a collaborative process and protocol creation (e.g., creation of job descriptions, interview questions, etc.)

**Do we need any additional professional development to support our work?**

- Have hiring committee members participated in implicit bias training?

- Have hiring committee members engaged in any professional development related to designing and implementing inclusive hiring processes?

- Are hiring committee members grounded in the basic legal considerations of hiring? (E.g., do they know it is illegal to ask about marital status, or raise concerns about a pregnancy during a debrief?)

Once you have created your list of training and resources, connect the items on the list with the names of team members who might benefit from them. Then highlight the 1-3 most important resources for the whole team, and plan how you will ensure your team accesses them.

## Clearly Define Roles, Responsibilities, and Process

Teams succeed or fail based on the ability to work together. Take a moment to define the roles on your hiring committee and outline the routines that will define those roles. It is important to consider all stakeholders in the recruitment and hiring process, and decide who on the team will be responsible for what. As the leader of your team, you can support their work by establishing and managing meeting times, delegating tasks, and allocating resources. Below is a list of guiding questions to support both the learning and logistic needs of your team:

**Are we clear on who will be making decisions?**

- Start by defining decision-making authority and explaining how hiring decisions will ultimately be made.

  - How will decisions be made throughout the process? (e.g., by consensus, by recommendation to an approver, by the school leader after considering all input)?

  - Who makes the final hiring decision? If there is a final approver, who is that person? When and how will they be included in the process? Are there decisions that can be made without their participation? If so, how are those defined?

**Does everyone know their roles and responsibilities?**

- Have you clearly identified and assigned all roles and responsibilities associated with this work?

  - Who will set meetings and create agendas?

  - Who will be responsible for drafting key documents (e.g., timelines, recruiting materials, job descriptions, resume review protocols, interview questions and rubrics, emails to candidates, etc.)?

  - Who will represent your school at hiring fairs?

  - Who will review resumes? And/or conduct interviews with candidates?

  - Who will be the primary point of contact for candidates and keep them engaged?

7

Inclusive Teacher Recruitment & Hiring Toolkit

## Template A
## Action Plan for Establishing the Work of the Hiring Committee

➤ Click here to download and customize to your needs*

| Actions | When? | Who? |
|---|---|---|
| **Identify Members**<br><br>1. **Share** the opportunity to participate in the hiring committee with your staff, as well as your vision for the inclusive community that will result from continued effort in this work.<br>　a. Announce at all-staff meeting.<br>　b. Send details in a clear email with deadline for expressing interest and link to survey.<br>　c. Reinforce announcement in department meetings.<br>　d. Send reminder email two days prior to deadline.<br><br>2. **Review** potential committee members and seek input from your assistant principal(s).<br>　a. Consider the perspectives and stakeholder groups represented in your committee.<br>　b. If you are actively trying to recruit teachers so that our teaching staff better reflects our student population, ensure the hiring committee includes people of that background on it.<br><br>3. **Identify** potential members and speak with them to confirm their interest and enthusiasm for participating.<br>　a. Communicate estimated time per week needed for hiring committee meetings and independent work.<br>　b. Confirm this aligns with potential member's current workload.<br>　c. Consider leveraging the Peer Recruiter program to support your overall hiring process. | | |
| **Create a Shared Vision**<br><br>1. **Invite** confirmed hiring committee members to a welcome meeting and ask them to take the Self-Paced Module for Inclusive Teacher Recruitment & Hiring.<br><br>2. **Outline** the purpose of the committee and share key takeaways from the self-paced module to begin grounding your team in the "why."<br><br>3. **Share** how you hope revising hiring practices will impact your students, staff, and school.<br><br>4. **Draft** a vision statement with your team to guide your work. | | |

*Continued on next page*

Inclusive Teacher Recruitment & Hiring Toolkit

| | Actions | When? | Who? |
|---|---|---|---|
| **Define Roles** | 1. **Identify** owners and support persons for the following roles:<br>  a. Main candidate contact-person,<br>  b. Interview Calendar owner,<br>  c. Drafter(s) of candidate communication,<br>  d. Drafter(s) of onboarding materials and event plans. | | |
| **Assign Professional Development Opportunities** | 1. **Invite** committee members to take an IAT (Implicit Association Test) to build awareness around their own implicit biases.<br>2. **Reflect** on your learnings from the Self-Paced Module and share important takeaways with your team.<br>3. **Identify** time for committee members to complete the Self-Paced Module for their knowledge building and assign as appropriate.<br>4. **Identify** NYCDOE PDs to support inclusive hiring and assign as appropriate. | | |
| **Determine Work Processes** | 1. **Plan** recruitment steps:<br>  a. Identify hiring events.<br>2. **Plan** interview steps:<br>  a. Resume collection,<br>  b. Number and format of interviews,<br>  c. Evaluation protocol.<br>3. **Identify** who will make final decision for hires. | | |

## External Resources

▸ Inclusive Teacher Recruitment & Hiring Self-Paced Module. A online learning tool with tips, advice, and resources for reflecting on inclusive hiring.

▸ Implicit Bias Awareness Workshops. Over the past three years, over 70,000 NYC educators have attended the Implicit Bias Awareness foundational workshop. Click for more information on how you and your hiring committee can sign up.

▸ Peer Recruiter Program. Peer Recruiters are current NYCDOE teachers that serve as hiring ambassadors for their school. From March through September, Peer Recruiters receive training from the Office of Teacher Recruitment and Quality, represent their schools at hiring events, help manage hiring committees, and support their principal with the recruitment of future colleagues!

 **1** Assemble a Diverse Hiring Committee

 **2** Examine Your Current Practices & Environment

**3** Map Your Recruitment & Hiring Process

**4** Create a Standardized Review & Interview Protocol

**5** Source, Review, & Interview Candidates

**6** Engage & Onboard New Hires

# STAGE 2 |
# Examine your Current Practices & Environment

Students taught by teachers who look like them, who share similar cultural identities, benefit in profound ways. They are less likely to drop out of high school, more likely to aspire to college, and more likely to graduate on track (Learning Policy Institute, 2018).

 **Quick look:**

 **What is the purpose of this stage?**
Examine current hiring practices and school culture to identify necessary shifts to promote inclusivity and belonging

 **When should it be used?**
Before recruiting and interviewing candidates.

 **Who should be involved at this stage?**
Hiring Committee, Principal, Assistant Principal(s)

 **Starting point**
Inclusive Teacher Recruitment & Hiring Self-Assessment

**If you have not thought about** the environment you are hiring people into—where your community fosters inclusivity and belonging, and where it fails to live up to your ideals—you will almost certainly hit roadblocks as you confront your limitations. More challengingly, without taking a hard look at your current practices, you are at risk of falling backward and lowering morale when these limitations result in lower retention of underrepresented groups. We believe this analysis will be most effective if done collaboratively with your hiring committee, and that if done in the spirit of honest introspection, it will pay dividends at every step of the process.

**In this stage you will:**

❑ Examine how unconscious bias has shown up in past hiring processes

❑ Reflect on where it may currently still impact your process

❑ Identify practices to help you reflect and create an affirming experience for all staff and candidates

Inclusive Teacher Recruitment & Hiring Toolkit

## Examining Types of Biases

Bias can show up in the hiring process without those responsible for hiring realizing it. It is thus important to deliberately design hiring processes and practices that actively mitigate it. This will not only promote inclusivity but also help to identify candidates who are truly the best match for your school. Consider the following definitions of common forms of unconscious bias as you reflect on current hiring practices:

**Affinity Bias:** The propensity to like and be drawn to people who share similar traits, backgrounds, interests (e.g., race, gender, sexual orientation, hometown, educational background, love of sports, etc.). ("I felt comfortable around Mark the minute he told me he had served in the Peace Corps too.")

**Confirmation Bias:** The tendency to make conclusions about someone based on pre-existing beliefs about them, drawn from personal beliefs or prejudices, then focusing on information that matches that belief. ("I thought Michelle might be a little prim based on her blouse. And did you see her snooty answer to our first question?")

**Halo Effect:** Making generalized conclusions about someone based on hearing something impressive about them; conversely, drawing negative conclusions about someone based on a single data point, which may be insignificant or inaccurate.[1] ("Wow, Ray speaks fluent Spanish and Italian? I bet that guy is some sort of genius.")

**Conformity Bias:** Saying or doing something that goes against your own judgment in order to conform with the group. People may be especially likely to conform to the opinion of someone in a higher position of power. ("Just like everyone else said before me, I have no reservations and think James Smith will be an excellent addition to our staff.")

1. https://www.teachaway.com/recruitment/blog/inclusive-hiring-removing-bias-teacher-hiring

---

"As a Latina woman, I did not have any Latino teachers or administrators and in many ways felt like an outcast. Now having a Black principal and assistant principal in my school community, I see our students feel empowered. It is such a beautiful thing."

—NYC Peer Recruiter

### Fact

Students of all races report positive perceptions of educators of color. Students of color reported being more motivated by teachers of color, while white students felt academically challenged and cared for (Learning Policy Institute, 2018).

## Bias and the Hiring Process

There are many ways bias can show up in recruitment and hiring. The resources in this toolkit are designed to mitigate bias at every stage, providing best practices and actionable templates to promote inclusive processes. For more extensive information about unconscious bias, see the Unconscious Bias & Hiring guidance sheet.



Inclusive Teacher Recruitment & Hiring Toolkit

## Examining Your School Environment

These questions support an analysis of your school environment. Consider the following as they apply to your school or team:

▸ **Conflicts** – Are there instances, both minor and severe, where prejudices or hostile remarks have impacted the work environment or certain individuals?

▸ **Complaints** – Do workplace related complaints involve issues of discriminatory behavior?

▸ **Turnover rates** – Are they higher for staff from underrepresented backgrounds? Do they shift between departments or span the entire staff?

▸ **Low morale** – Are there indicators of hostility among teachers and staff? Are there programs implemented by administration that discriminate or do not foster inclusion of members of the school community as a whole?

▸ **Non-Inclusive policies** – Are there policies or practices within your school that create barriers or (would) disproportionately impact underrepresented staff members (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.)?

## Examining Past Hiring Practices

It is also important to analyze the policies, practices, values and culture in your school. Consider the following:

▸ **Objectivity** – Have hiring practices and decisions been grounded in tradition, or are they grounded in objective criteria? Do you have any tools like rubrics or interview questions from previous hires you can refer to that are grounded in objectivity?

▸ **Teacher voice** – Have you listened to feedback from current teachers about their experience with your school as they were being hired? Can you identify growth points?

▸ **Outreach barriers** – Have there been barriers in the recruitment process that prevented the building of a diverse (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) candidate pool?

▸ **Replicable successes** – If there was a diverse (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) candidate pool for this role previously, can you identify and replicate relevant steps taken during the recruitment process to achieve similar results?

▸ **Traditions and Preferences** – What were the qualities and backgrounds of your previous hires? Did they have things in common? Were the qualities and backgrounds they brought required for the role, or were they unrelated to the position? Do any align with leadership preference and/or school tradition to indicate an unconscious bias?

### 🗂 External Resources

▸ Management Center's guide on Preference, Tradition, and Requirements offers guidance for examining your preferences and traditions.

▸ Ideal's tips for diversity hiring provide a reference to learn more about examining your data.

▸ Emtrain also offers many resources and tips on how to effectively build a healthy, strong, and sustainable workplace culture, including categorizing acceptable and unacceptable behavior on a color spectrum.

 **1** Assemble a Diverse Hiring Committee

 **2** Examine Your Current Practices & Environment

**3** Map Your Recruitment & Hiring Process

**4** Create a Standardized Review & Interview Protocol

**5** Source, Review, & Interview Candidates

**6** Engage & Onboard New Hires

# STAGE 3 |
# Map Your Recruitment & Hiring Process

## All about balance

The longer these stages take, the fewer qualified candidates remain in the pool. This is known as "talent pool decay," and it means that a lengthy recruitment process tends to negatively impact the number of candidates from diverse (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) communities. A good starting point for developing your timeline is to try and balance your need for professional development and the bandwidth of your staff alongside the push to move things quickly.

 **Quick look:**

 **What is the purpose of this stage?**
Create a timeline with projected checkpoints and stages to guide your hiring process

 **When should it be used?**
❖ Pre-budget release
❖ After the hiring committee is assembled
❖ Before recruiting and interviewing candidates

 **Who should be involved at this stage?**
Hiring Committee, Principal, Assistant Principal(s)

**Investing time** to map your recruitment process will smooth every step to come. A clear timeline allows you to foresee potential obstacles and allocate staff time. At the same time, by outlining expectations at every stage, you will provide candidates with a thoughtful, streamlined experience that avoids missteps in communication. At the end of this section there are two sample timelines for a 3- and 9-month process. They are a resource to springboard your planning ideas, not prescriptive suggestions and *we invite you to customize the steps to your needs!*

### In this stage you will:

❑ Create a roadmap of the entire recruitment and hiring process by calendarizing tasks
❑ Identify which committee member will complete each task

13

Inclusive Teacher Recruitment & Hiring Toolkit

## Create your Process Map and Timeline Steps

When outlining your process map, dedicate a meeting with your hiring committee to weigh their perspectives in your decisions. Be responsive to committee members' schedules and workloads to create a map that reflects your actual capacity rather than an ideal. This type of communication will also create buy-in and authentic commitment to action from each member.

## How to Use These Examples

Each timeline below represents a possible school context. After sharing the following examples with your team and choosing the timeline that feels aligned to your needs, customize the process map as you plan your school-specific protocol. You should feel empowered to modify each timeline to meet the capacity of your team and add tasks to support their workflow. When identifying a process that supports your needs, consider how DOE-wide structures may impact your practices. For example, everything before Stage 4 can be reasonably implemented before budgets are released.



Inclusive Teacher Recruitment & Hiring Toolkit

# Recruitment Checklist

➤ Click here to download and customize to your needs*

**Job Title:** _____

**Date:** _____

## Plan and Prepare

❑ Assemble diverse hiring committee
❑ Examine biases of the hiring committee, including principal and other administrators
❑ Map and review recruitment history for position
❑ Create recruitment timeline
  ❑ Consider model 9- and 3-month timelines and adapt to your needs

## Create Job Description

❑ Perform position analysis
  ❑ What qualifications, mindsets, and past experience led to success in the past?
  ❑ What was ineffective in the past?
  ❑ What is the input from teachers or staff members currently in the department?
  ❑ What is the feedback from students in this class/subject?
❑ Craft updated job description
❑ Review job description to avoid bias in language, job duty requirements, or education requirements

## Develop Outreach & Recruitment Plan

❑ Develop advertising plan
  ❑ Internal advertising
  ❑ External advertising
❑ Develop outreach plan
  ❑ Internal outreach
  ❑ External outreach
    ❑ Plan for participation in hiring fairs, if applicable

## Create Standardized Review and Interview Protocol

❑ Develop evaluation tools that are criteria-based to mitigate bias
❑ Write interview questions that draw on candidates' previous experience in alignment with needs of role

## Re-examine Recruitment Timeline

❑ Determine when all applications must be submitted for resume review
❑ Schedule calendar blocks for conducting interviews that coordinate with hiring committee members' schedules

*Google login required

15

Inclusive Teacher Recruitment & Hiring Toolkit

# Hiring Checklist

➤ Click here to download and customize to your needs*

**Job Title:** _____

**Date:** _____

## Set Up Candidate Communication Systems

- ❑ Identify go-to contact person for candidates
- ❑ Create communication timeline
  - ❑ Respond to candidates within ___ days of receiving resume
  - ❑ Review interview scoring and identify possible next steps within ___ days
  - ❑ Share next steps with candidates within ___ days
- ❑ Determine how interviews will be scheduled and share calendar links with candidates as needed

## Draft Candidate Communication

- ❑ Invitation to interview
- ❑ "Selected" email
- ❑ "Not selected" email
- ❑ Job offer

## Identify Opportunities for Candidate Engagement

- ❑ School visits
- ❑ Information sessions with department members

## Conduct Interviews

- ❑ Ensure hiring committee members understand and appropriately use standardized scoring guides
- ❑ Collaborate to review scores and make decisions for next steps and offers
- ❑ Send next step, selected, and not-selected notifications
  - ❑ Hold not-selected notification until after position is staffed

## Set Up Onboarding Systems

- ❑ Identify mentors and points of contact for new hire
- ❑ Ensure new hire is signed up for any mandatory training, such as the New Teacher Week with the DOE
- ❑ Hold school-based new teacher orientation
- ❑ Provide new hire with opportunities to ask questions and make sure their logistical needs are met
  - ❑ Support with classroom set up?
  - ❑ Explanation of drop-off, lunch, pick-up systems?

Inclusive Teacher Recruitment & Hiring Toolkit

## Template A: Hiring Process

 Click here to download and customize to your needs*

### Timeline 1: If I can start my hiring process by May... (3-month process)

| | May |
|---|---|
| **Assemble Hiring Committee**<br><br>**&**<br><br>**Align The Interview Process With The Job Description** | ❑ Take Inclusive Teacher Recruitment & Hiring Self-Assessment as a leader to reflect on your school environment and identify potential obstacles to an inclusive process<br>❑ Share opportunity to participate in hiring with staff, parents/caregivers, and students<br>  ▸ Actively recruit underrepresented community members<br>  ▸ Include an estimate of time per week for committee work<br>❑ Hold first hiring committee meeting and create a shared vision<br>  ▸ Clarify roles and responsibility, including a process for decision-making<br>  ▸ Assign professional development<br>❑ Identify role being hired and establish fundamentals for evaluating it<br>  ▸ Name job-aligned criteria for the role<br>  ▸ Determine interview process and materials being collected<br>  ▸ Create scoring guideline<br>  ▸ Write interview questions based on criteria<br>❑ Revise Job Description to highlight "must have" criteria named above |
| | **Early June** |
| **Begin Outreach**<br><br>**&**<br><br>**Build Materials to Support Your Process** | ❑ Begin candidate outreach<br>  ▸ Find and attend events like hiring fairs to attend and source candidates and put on calendars of hiring committee<br>  ▸ Network with community members and other educators to identify hiring channels<br>  ▸ Post job description<br>❑ Create all materials and events to support your process<br>  ▸ Draft outreach emails and flyers; update website<br>  ▸ Draft next step, acceptance, and rejection emails<br>  ▸ Set up inbox for resume collection<br>  ▸ Allocate staff time for resume review<br>  ▸ Create a calendar for interview blocks<br>  ▸ Finalize interview protocol, scoring materials, and debrief process<br>  ▸ Name time for school visits to allow candidates to experience your community |
| | **Mid-June – August** |
| **Active Hiring:**<br><br>**Selection and Onboarding** | ❑ Conduct interviews<br>❑ Engage candidates with school visits<br>❑ Review scoring guides from interviews and select candidates for hiring<br>❑ Extend offer letters<br>❑ Notify those not selected once offer is accepted<br>❑ Onboard new candidates:<br>  ▸ Provide new hire with important school documents, like handbook<br>  ▸ Assign new hire a mentor<br>  ▸ Introduce mentor and mentee and provide guidance for collaboration |

Inclusive Teacher Recruitment & Hiring Toolkit

## Template B: Hiring Process

 [Click here to download and customize to your needs*](#)

### Timeline 2: If I can start my hiring process by December… (9-month process)

| | December |
|---|---|
| **Assemble Hiring Committee and Begin Planning** | ❑ Collect preference sheets and canvas staff to assess possible vacancies<br>❑ Review timelines and modify to fit your needs, plotting rough dates for:<br>  ▸ Posting Job Description<br>  ▸ Resume collection<br>  ▸ Holding interview(s)<br>  ▸ Hosting school visits<br>  ▸ Onboarding<br>❑ Share opportunity to participate in hiring with staff, parents/caregivers, and students<br>  ▸ Actively recruit underrepresented community members<br>  ▸ Include an estimate of time per week for committee work |
| | **January** |
| **Meet as a Team and Examine Current Practices** | ❑ Hold first hiring committee meeting and create a shared vision<br>❑ Take Inclusive Teacher Recruitment & Hiring Self-Assessment as committee to collaboratively reflect on your school environment<br>❑ Brainstorm professional development needs<br>❑ Clarify roles and responsibility, including a process for decision-making<br>❑ Assign professional development, both differentiated and as a whole team |
| | **February** |
| **Review Job Description and Develop Criteria for Evaluation** | ❑ Identify criteria for role(s) being hired<br>❑ Create scoring guideline and write interview questions based on criteria<br>❑ Determine materials being collected and interview process,<br>  ▸ Typically cover letter, resume, references, and an interview are required, also plan for additional elements such as demo lessons<br>❑ Revise Job Description to highlight "must have" criteria named above<br>❑ Enact professional development to build shared vision of inclusivity |

*Continued on next page*

18

Inclusive Teacher Recruitment & Hiring Toolkit

## Template B: Hiring Process Timeline *(continued)*

### Timeline 2: If I can start my hiring process by December… (9-month process)

| Plan Outreach and Identify Recruitment Channels | **March** |
|---|---|
| | ❑ Plan candidate outreach: |
| | ▸ Find events like hiring fairs to source candidates and put on hiring committee calendars |
| | ▸ Network with community members and other educators to identify hiring channels |
| | ▸ Develop opportunities for candidates to visit your school and experience your community |
| | ❑ Create materials to source candidates |
| | ▸ Draft outreach emails and flyers; update website |
| | ❑ Draft next step, acceptance, and rejection emails |
| | ❑ Set up inbox for resume collection |
| | ❑ Outline more granular timeline for resume collection and interview in a shared calendar for the hiring committee |
| | ▸ Allocate staff time for resume review |
| | ▸ Create a calendar for interview blocks |
| | ▸ Name time for school visits |
| | ❑ Continue professional development to build shared vision of inclusivity |
| **Go Live: Begin to Source and Review Candidates** | **Early April** |
| | ❑ Post job description and begin to attend hiring fairs |
| | ❑ Meet as a committee to check-in on process. How are we doing with: |
| | ▸ Collecting resumes? |
| | ▸ Reviewing resumes? |
| | ▸ Notifying candidates of our decisions (rejection/next steps)? |
| | ❑ Finalize interview protocol and scoring materials |
| | ❑ Draft structured debrief process |
| | ▸ Discuss how you will respond to bias appearing in the debrief |
| **Active Hiring: Carry Out Your Interview Process and Identify New Hires** | **April – June** |
| | ❑ Conduct interviews |
| | ❑ Engage candidates with school visits |
| | ❑ Review scoring guides from interviews and select candidates for hiring |
| | ❑ Extend offer letters |
| | ❑ Notify those not selected once offer is accepted |
| **Engage & Onboard New Hires** | **July – August** |
| | ❑ Provide new hire with important school documents, like handbook |
| | ❑ Assign new hire a mentor |
| | ❑ Introduce mentor and mentee and provide guidance for collaboration |



**1** Assemble a Diverse Hiring Committee

**2** Examine Your Current Practices & Environment

**3** Map Your Recruitment & Hiring Process

**4** Create a Standardized Review & Interview Protocol

**5** Source, Review, & Interview Candidates

**6** Engage & Onboard New Hires

## STAGE 4 |
# Create a Standardized Review & Interview Protocol



### Tips to Mitigate Bias

**DO:** When analyzing a job description, ask yourself: "Does this reflect the actual requirements of the position? Or does it reflect traditions and preferences?"

**AVOID:** Be aware of focusing on candidates similar to you (e.g., have familiar names, went to a similar college, are a similar age).



**The hiring practice** known as Structured Interviewing is designed to *actively mitigate bias*. Structured interviewing means exposing candidates to the same experiences—including the same process-steps, interview questions, and methods of scoring—as they compete for the same job. This provides all candidates with a uniform experience that mitigates bias and pushes interviewers to only assess candidates against job-aligned criteria.

### In this stage you will:

❑ Review and revise the job description for anticipated vacancies

❑ Create a rubric, aligned with key skills, to evaluate candidate responses

❑ Plan a structured interview process to give each candidate a standardized experience



**What is the purpose of this stage?**
Learn about the structured interview process and make a plan for carrying it out with your team.



**When should it be used?**
❖ After the hiring committee is assembled
❖ Before recruiting and interviewing candidates



**Who should be involved at this stage?**
Hiring Committee, Principal, Assistant Principal(s)



**Starting point**
Structured Interviewing Guide

20

Inclusive Teacher Recruitment & Hiring Toolkit

Review job description and determine competencies needed for the job

Develop a list of job related questions (behavioral, situational, and general)

Create a rubric with evaluation criteria

Plan interview protocol with hiring committee

Conduct interviews

This section is designed primarily as a planning stage. The following section, Stage 5: Begin Hiring: Sourcing, Reviewing, and Interviewing Candidates will give more support on actually carrying out this work.

**Note:** All these steps are supported with additional tips, advice, and resources in the Structured Interviewing Guide.

## Step 1: Review job description to gain clarity on the specific needs for the role.

Structured interviewing begins by developing a shared understanding of what past experiences, skills, and competencies a strong candidate will have. Before looking at any existing job descriptions, task the hiring committee to write out the requirements needed to be successful in the role. It will be especially valuable to hear the perspectives of teachers who have lived experience in the position and community members whose children have been or will be in the grade and subject.

Next, use the guiding questions below to evaluate previous job descriptions for positions similar to the vacancy for which you are hiring.

**Education and Experience Requirements**
- ▸ Based on the position, what are the minimum education requirements, experience, and certification requirements required by law?
- ▸ Consider referencing the NYS Certification Search if you are unclear on the legal standards for the position you are hiring for.

### Sample List of Requirements:

**Required Skills**
- ☐ Ability to plan and implement lessons for grades 7-8 mathematics curriculum
- ☐ Knowledge of student engagement strategies for synchronous and asynchronous instruction

**Desired Skills**
- ☐ Demonstrated commitment to culturally responsive pedagogy and prior experience with implementation

### The Research on Wants vs. Needs

Make a clear distinction between desired skills vs. required skills and limit these sections as much as possible. Research from Linkedin shows that the amount of job duties could impact the diversity in your hiring pool, as underrepresented candidates are more likely to think they are underqualified.

**Highlight the Importance of Diversity**
- ▸ Does this position description include language explaining the importance of being able to successfully work with diverse populations? If not, feel free to use this sample language:
  - ▸ *The New York City Department of Education is dedicated to building a teaching staff that can best serve our diverse student body (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.). Successful candidates will demonstrate the ability to work with the diverse communities and cultures that define our city.*

Inclusive Teacher Recruitment & Hiring Toolkit



> "A diverse staff affects more than just student education. It also helps to build communication bridges with families and fosters trust in the school–home connection."
>
> — NYC DOE Principal

**Determine what materials you will require candidates to submit.**

While a resume, cover letter, references, and interview form the core of most hiring processes, many principals find performance tasks invaluable. These performance tasks can range from a request for sample materials, such as lesson plans, assessments, or unit progressions, to an invitation to demo a lesson in-person. Consider what additional input you want from your candidates, and then build these requirements into the job description.

As with everything detailed in this stage, the process for evaluating these new requests must be standardized. While this section focuses on creating

a standard interview, it is critical to remember that the standardized processes must extend to all aspects of the candidate's experience, including these additional materials. If you are expecting a demo lesson, then the procedure for delivering that lesson, and the hiring committee's assessment of their performance must be standardized in the same manner outlined below for the interview.

### Fact

**Teachers of color play pivotal roles in building relationships that help students of color and their families make connections to school (King, 1993).[1]**

1. Sabrina Hope King, "The Limited Presence of African-American Teachers," The Review of Educational Research 63, no. 2 (1993): 115-149.

Inclusive Teacher Recruitment & Hiring Toolkit

### Revising the Job Description

With your newly identified list of required and desired skills, knowledge sets, and competencies, you are ready to craft a job description that will draw a qualified and diverse (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) candidate pool. Incorporate these skills into the body of the description, then revise language and tone. Follow these guidelines for inclusive, accessible, and affirming language:



- Use gender neutral pronouns if pronouns are needed in the job description.

  - Example: use "they" and not "she/he" or "she or he."

- Ensure that preferred job requirements map to the responsibilities of the position. Remember that many positions' educational and experience requirements are dictated by entities outside of the NYC DOE and are aligned with the responsibilities of the job.

- Include language regarding your school's commitment to diversity in the workplace and working with diverse communities in the position requirements.

  - **Note:** this is separate from the EEO statement on discrimination.

- Limit the use of jargon inside of your job description. Heavy jargon use can limit the number of applicants to the role, which could limit the diversity in your hiring pool.

### Tip

Research has shown that job descriptions can make or break a diversity recruitment process. It is important to use language that is not gendered, ageist, ableist, or otherwise discriminatory.

### External Resources

- Programs like Textio and Grammarly can detect the tone of your job description to support more inclusive and accessible messaging.

- This article outlines how to design forms for gender diversity and inclusion.

- Use the free resource Gender Decoder to examine your job description for gendered language.

- The article Job Descriptions: Inclusive Content, Not Just Language outlines language that may be dissuading communities from applying.

- The article "8 Examples of Unconscious Bias in Job Descriptions" provides references for what not to do in your job description.

- Non-Prejudicial Language for ADA Compliant Job Descriptions

Inclusive Teacher Recruitment & Hiring Toolkit

## Step 2: Develop a list of relevant, skills-based and job-related questions.

Starting from the skills and experiences that define the role, develop a list of questions that give each candidate an opportunity to share those qualities to the extent they have them. While it may be appropriate to include teacher-specific language and scenarios when interviewing candidates with prior teaching experience, or being hired into a specific role like Guidance Counselor, aim to create questions that use straightforward language with minimal educational jargon. This is especially true for interviews with new teachers and/or support staff roles.

Structured interviewing predominantly uses two types of questions: **Behavioral** ("Tell me about a time your behavior had a positive impact on your team") and **Situational** ("How would you communicate with a parent or guardian who isn't happy with their child's experience in your classroom?"). Behavioral questions are good at revealing patterns of behavior and situational questions allow you to see how a candidate will respond to position-related situations. Additionally, you may ask general questions to self-assess specific skills or speak to work-related preferences.

## Step 3: Develop a rubric with standardized evaluation criteria.

Creating a rubric for the interview gives your team the chance to explicitly align the skills they are asking about with the manner they are scored. Once built, the rubric also serves as a checklist for ensuring consistency between interviews and providing a standard to support the committee's decision for each candidate.

When building a rubric, the hiring committee should return to thinking about the knowledge, skills, and abilities that the candidate will need to be successful in the position. These skills should then be flipped into "look-fors," starting with the qualities that would be present in a high-level response and which indicate the presence of the given abilities in the candidate. Finally, all "look-fors" should be organized according to a scoring system, perhaps with 1-5

levels, that allow a given candidate's response to be compared to a standard and evaluated. An effective scoring system will anticipate possible answers to each interview question and indicate where each will fall in the scoring system.

> "My first hire, three years ago, was someone that a few members of the team passed up on, but my principal and myself wanted to bring in for an interview. Since hiring her, she has been a vital part of our community and has formed incredible relationships with our students. She has created clubs and is on her way to being a tenured teacher. Without a diverse hiring committee, she would have fallen through the cracks."
>
> —Member of a NYC Hiring Committee

### Fact

A teacher of color working in a diverse community of teachers is less likely to feel isolated, frustrated, or fatigued, and less likely to leave the profession than when working alone (Learning Policy Institute, 2018).[1]

1. https://learningpolicyinstitute.org/product/diversifying-teaching-profession-report

Inclusive Teacher Recruitment & Hiring Toolkit



### Step 4: Collaboratively Plan with the Hiring Committee.

Take a moment to develop a plan for the actual interview. This should be a document that frames your overall vision of the hiring process, and includes a script that ties your questions to a set format.

To do this, revisit the vision and "deep why" of inclusive hiring (from Stage 1, Assemble a Diverse Hiring Committee and Stage 2, Examine your Current Practices & Environment) and use it to create a protocol for the interview that provides a streamlined experience for candidates. Start by providing a brief introduction that contextualizes the interview itself within the larger hiring process (as mapped out in Stage 3, Map your Recruitment & Hiring Process), and identify completed stages and any important dates that will follow. When drafting this introduction, consider how committee members will introduce themselves, and include an opportunity for them to explain their background, relationship to the school, and why participating in this process matters to them.

Next, map out the flow of the interview itself. Sequence questions as needed, and make sure there are no redundancies. Determine which committee members will be physically present for the interview and assign speaking roles. Finally, clarify how interview notes will be taken by members in the moment, as well as how and when candidates' performance will be scored and shared among the group afterwards.

The Resume Review Checklist provides an excellent framework for thinking through the roles and responsibilities in this section. Consult it as you plan, taking the pieces that make sense for your school and letting go of any ideas that feel too cumbersome.

Once you have solidified your plan, you are ready to go live with the posting and prepare to interview!

**1** Assemble a Diverse Hiring Committee

**2** Examine Your Current Practices & Environment

**3** Map Your Recruitment & Hiring Process

**4** Create a Standardized Review & Interview Protocol

**5** Source, Review, & Interview Candidates

**6** Engage & Onboard New Hires

# STAGE 5 |
# Source, Review, & Interview Candidates

## Tips to Mitigate Bias

**DO:** Assess candidates based on standardized criteria and scoring guides developed by the hiring committee.

**AVOID:** Making a decision about interviewed candidates based on a "gut" feeling.

 **Quick look:**

 **What is the purpose of this stage?**
Implement the structured interview process, conduct interviews, and select the best candidates for your school

 **When should it be used?**
❖ After you have a workflow for accepting resumes
❖ Before making selections on candidates

 **Who should be involved at this stage?**
Hiring Committee, Principal, Assistant Principal(s)

 **Starting point**
Structured Interviewing Guide

Now that you have outlined a plan for the structured interview process, it's time to put it into action—actively recruiting candidates and carrying out interviews. This is one of the most dynamic phases of the hiring process, where written plans take a back seat to live interaction. It is therefore even more important to approach it with care, building in structures to prevent bias, yet allowing your community to shine in an authentic manner that shows your commitment to inclusivity.

### In this stage you will:

❑ Implement an inclusive advertising and outreach plan to source diverse (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) candidates

❑ Get tips and advice on executing the structured interviewing process planned in Stage 4

26

Inclusive Teacher Recruitment & Hiring Toolkit

## Posting and Advertising the Role

The recruitment process begins with advertising your job posting and planning additional outreach to hit the widest possible candidate pool. No matter how inclusive and well-crafted your job description may be, if a diverse (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) audience does not see the posting, your recruitment pool will be limited. Below are several recommendations for maximizing the effectiveness of your advertising and outreach:

▸ Post a position internally and externally with a wide variety of diverse stakeholder groups to avoid replicating any gaps within your team.

  ▸ If your budget has been released, add the position to your Table of Organization in Galaxy so it is visible in the Open Market Transfer System for current DOE staff to view.

  ▸ Post the position in the New Teacher Finder with details about the role and your school so it is visible to external teacher candidates. Make sure to include an end date and make the post visible to candidates. You can add a secondary point of contact on your hiring committee and update your post at any time.

  ▸ Share the position through school-based social media, and with the school community to reach the broadest audience.

  ▸ *Note: all external teacher candidates must submit an application through TeachNYC.net to be processed through Applicant Gateway.*

▸ Increase awareness about training programs and tuition reimbursement available for school-based roles through DOE hiring fairs and related events.

▸ Create opportunities for candidates to visit your school and experience your community. These can range from formal school tours and open school days with meal breaks and student speakers, to more informal invitations to see the school in action, offering candidates the opportunity to speak with current staff without administration present.

▸ Collect and analyze applicant flow data from the recruitment sources that you used to assess their effectiveness.

▸ Develop strategic partnerships with a varied range of colleges, trade schools, apprentice programs, and affinity organizations to work more collaboratively around recruiting diverse top talent.

## Reviewing Candidates

As candidates respond to job postings with applications and resumes, it is time to put your hiring committee's plans into action. The systems you have developed up until this point will bear fruit, streamlining a candidate's experience and putting your school's best foot forward. As lead of your school's hiring process, use this time to informally check-in on the various processes in motion, reminding task owners of their responsibilities. As interviews get booked, double check the reserved times and ensure they still fit with everyone's calendar. Communicate any changes to the staff doing the interviews.



Inclusive Teacher Recruitment & Hiring Toolkit

## Interview Candidates

The interviewing phase can feel like one of the most exciting parts of the hiring and recruitment process. However, being alert to potential biases against candidates takes on added importance as the process itself speeds up and becomes more interactive.

Throughout the interview process, the committee members should continue to be aware of **affinity bias**, **confirmation bias**, **halo effect**, and **conformity bias** as defined in Stage 2: Examine your Current Practices & Environment. Remember that bias can show up before, during, and after the interview.

During the interview, interviewers should take detailed notes that relate to the knowledge, skills, and abilities needed for the job role. The notes should not contain subjective information concerning the evaluator's opinion about the candidate being interviewed. The evaluator should capture the factual details of what the candidate said or accomplished. Avoid making notes about the candidate's appearance, identity, or membership in a protected class.

## Self-Reflection Questions While Evaluating a Candidate's Interview Performance

- How was my evaluation informed by my own cultural and lived experiences?

- What ways might I be interpreting a candidate's skills due to my own socialization and culture?

- Was there anything I was drawn to that is not a named skill? Why might that be?

- What might I be missing from the interviewing process?

### Fact

Teachers of color boost the academic performance of students of color, including improved reading and math test scores (Learning Policy Institute, 2018).[1]

1. https://learningpolicyinstitute.org/product/diversifying-teaching-profession-report

> "We just hired a teacher who is African American and wears her natural hair. When a little girl in my kindergarten class saw her with the same hair she beamed!"
>
> —NYC Peer Recruiter

### Stay Insistent About Being Consistent

Always adhere to set standards and rubrics when weighing each candidate to ensure that justification of hiring decisions are done in an equitable manner. Once standards are set they should not change after interviewing begins.

## Create an Inclusive Hiring Environment

At every stage, hiring is a mutual process. Candidates are of course hoping to impress you and secure a job, but equally, you must try to impress them, showcasing your community and sharing why it would make a good home. This mutuality is never more important than during the interview itself. Consider the following tips to create an inclusive hiring environment:

- For in-person interviews, be aware of accessibility to and within the building where the interview is taking place. Does the entrance have steps? Is there a ramp? Is there an elevator?

- For online and phone interviews, ensure that the interviewers are in settings where the interviewers are visible and easy to hear.

- Respect the applicant's time and personal setting—do not change the interview at the last minute, as the person may have arranged a quiet setting or obtained childcare to make the interview.

Inclusive Teacher Recruitment & Hiring Toolkit

- Communicate a willingness to help with accessibility, by including a general statement in outreach to all candidates offering to help with accommodations if needed (i.e., "To request an accommodation, please contact…")

- Assess if the building where the interview is taking place has all-gender / gender inclusive restrooms and notify the interviewee of these (e.g., there is a men's and women's restroom on this floor, and on the 2nd floor there is an all gender bathroom).

- If the interview involves various groups of interviewers, allow for breaks during the day or offer to split the day to create moments of decompression.

## Recommendations for Post-Interview Discussion

After the interview, your team should meet to share notes and discuss the candidate as soon as possible. Move your way through the interview protocol and corresponding rubric, and evaluate the candidate's responses against each of your criteria. With your eye on inclusivity, pay particular attention to how the candidate has demonstrated the ability to work with diverse (i.e., race, culture/ethnicity, gender identity, disability, sexual orientation, etc.) populations and can develop and maintain working relationships with diverse coworkers, community members, and the populations we serve. As you engage in discussion, and return to your predetermined decision making process, it is important to remind the team to analyze the "why" behind their decisions and feelings.

### Even the Best Teams…

Given the pervasiveness of unconscious bias, it is not unusual for inappropriate or biased statements to come up during post-interview discussions. Consider establishing discussion norms that remind participants of this possibility, and provide pre-established responses that recognize and illuminate wrongful statements in the moment. The more work done in advance, the less these moments will feel fraught or personal, and the more they can transform into powerful learning moments for everyone.

Finally, if you get stuck, consider the following questions to help you move forward:

- What are the minimal qualifications of a candidate that you would move on to the next stage?

- How many applications will be moved on to the next round? Why this number for your school?

- How will you know if the application review was successful?

## 🟢 External Resources

- Note these tips from Harvard University for specifics on resume review.

- Read these articles from Forbes and Workable about how bias can affect recruitment in your organization.



| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Assemble a Diverse Hiring Committee | Examine Your Current Practices & Environment | Map Your Recruitment & Hiring Process | Create a Standardized Review & Interview Protocol | Source, Review, & Interview Candidates | Engage & Onboard New Hires |

# STAGE 6 |
# Engage & Onboard New Hires

"When I was hired at my current school, I was hesitant to go to the interview due to the unfamiliarity of the area. Once in the building, the culture of the school eased my worry. I was received warmly by the staff, students, and families. I would now like to extend that warmth and friendliness to newcomers and make everyone feel welcomed to the community."

—NYC Peer Recruiter



When it comes to building an inclusive culture, the old truisms about a first impression cannot be overstated. You will never get a second chance to welcome a new staff member into your school community. Onboarding represents your first and most important opportunity to prove your inclusive culture is authentic, a place where every staff member feels emotionally safe and able to bring their whole self into your building. It is the fundamental building block of a school culture that supports ongoing professional growth.

**In Stage 6 you will:**

❑ Plan activities and events to introduce new staff to your school community

❑ Organize your onboarding process to make sure every hire knows what is expected and where they can go for help, allowing them to focus on the work ahead of them

❑ Get tips and advice for making new hires feel safe, welcome, and ready to share themselves with your community


### What is the purpose of this stage?
Welcome new teachers into your school and prepare them to be active members of your community in support of strengthening retention


### When should it be used?
❖ After selecting and notifying a candidate
❖ Before the first day of classes
❖ Ongoing throughout the year


### Who should be involved at this stage?
All school staff, students, families, and caregivers

Inclusive Teacher Recruitment & Hiring Toolkit

**Onboarding** → **Mentoring** → **Professional Growth and Development** → **Learning Community Development and Support**

Implementing inclusive onboarding and mentoring structures are the first two steps to establishing a school culture that supports ongoing professional growth. Failure here can be catastrophic: strong candidates know their worth, and will walk away from offers that do not live up to the promises of the interview. But even the smaller missed opportunities take their toll, resulting in lower investment, lower satisfaction, and lower retention. Hiring does not end with an acceptance letter, and true inclusivity only begins the moment someone walks through your door.



## Promoting Equity

New York City continues to make progress in diversifying our teaching force, which research shows has a direct positive impact on our students. Essential to this continued progress is the support our new and diverse (e.g. race, language, gender, sexual orientation, disability, socioeconomic status, etc) teachers receive, especially our teachers of color. Schools must implement professional development programming and support structures that respond to the unique challenges teachers of color face, cultivate more equitable and inclusive environments, and honor their strengths as educators. From microaggressions to lack of leadership pathways, many teachers of color experience an invisible tax on their participation in the school community—which can quickly become a reason to exit the profession. Thoughtful planning for new teacher onboarding can provide the equitable support needed to retain teachers at your school.

1. The Education Trust- New York. "See Our Truth: The State of Teacher and School Leader Diversity in New York, and Why It Matters for Students, Educators, and Our Future". (October, 2017). Available at: https://newyork.edtrust.org/wp-content/uploads/sites/5/2017/10/See-Our-Truth.pdf.
2. Richard Ingersoll, et al. "Recruitment, Employment, Retention and the Minority Teacher Shortage," (Education Policy Analysis Archives, Vol. 27, No. 37). Available at: http://dx.doi.org/10.14507/epaa.27.3714.

### Think Holistically to Welcome New Teachers

Consider all the places a new hire needs to be grounded in to feel stable—from professional development to prepare them for the work at hand to their social-emotional needs so they can bring their full self to your community. After interviewing new teachers and skilled principals alike, we identified five core areas needed to support new hires. Below we offer guiding questions for reflecting on those five areas as well as concrete advice for implementing them. We hope you can use the items to identify gaps

and create a comprehensive onboarding program that works for you.

Finally, we cannot stress the basics enough: newly hired employees will only fully engage if they can access pay systems and the HR-related benefits they were promised. Resolving issues related to teachers' salary, benefits, and other HR-related matters is the first step in setting your teachers up for success.

Inclusive Teacher Recruitment & Hiring Toolkit

| Priority Steps from Hiring to October | Key Resources |
|---|---|

###  Orient to HR Basics

1. Plan a time for new teachers to review the HR Roadmap and confirm ID, email, payroll, benefits, and vaccine information
2. Connect teachers with school payroll secretary and provide time for a 1:1 meeting

❖ HR Roadmap
❖ HR Checklist for New Pedagogical Employees

###  Orient to Your School Building's Logistics

1. Form New Teacher Induction Committee (NTIC)
2. Update and share employee handbook
3. Train on attendance and gradebook systems
4. Post building signage and ensure facilities are accessible for all
5. Provide a tour of the school building

❖ New Teacher Toolkit
❖ New Teacher Induction Committee Handbook
*Provide teachers with your updated school handbook*

### Support Pedagogical Growth | Support Students in Special Populations (SwD/MLL)

1. Ensure teachers register for New Teacher Week (mandatory)
2. Connect new hires with subject/grade level teams to access instructional materials and collaboratively plan
3. Meet with new hires to identify professional goals, and hold space for connection and questions
4. Provide information on leadership opportunities and career pathways available for educators in my school
5. Connect diverse teachers with professional learning communities to support their unique experiences and needs
6. Connect new hires with SwD Coordinator
7. Host professional development on IEP process
8. Host differentiated PD that is responsive to the needs of diverse teachers, and teachers of special populations, such as multilingual learners and students with IEPs

**General PD:**
❖ I Teach NYC
❖ WeTeachNYC
**Peer Learning:**
❖ Collaborative Learning Through Peer Inter-visitations Toolkit
**Learning Communities:**
❖ Employee Resource Groups (ERG)
❖ NYC Men Teach
❖ BLEND (Black and Latino Employees Networking and Development)
❖ Center for Black Educator Development
❖ Institute for Teachers of Color Committed to Racial Justice
**Supporting SwD and MLLs:**
❖ Multilingual Learners Infohub Page
❖ Special Education Infohub Page
❖ Special Education Office: Professional Learning
❖ IEP Progress Monitoring
**Career Growth:**
❖ Career Development and Leadership
❖ Teacher Career Pathways

*Continued on next page*                    32

Inclusive Teacher Recruitment & Hiring Toolkit

| Priority Steps from Hiring to October | Key Resources |
|---|---|

 ## Implement a Strong Mentorship Program

1. Consult NTIC and utilize New Teacher Mentoring resources to create a mentorship program
2. Require mentors to become a certified NYC DOE mentor via School Based Mentoring Certification Course
3. Meet with new teachers to garner input on what makes a successful mentoring relationship
4. Provide mentors with a suggested schedule of touchpoints, but remind them to align them with their mentee's needs
5. Hold a check-in meeting with mentors and mentees to address concerns and evaluate effectiveness of programming

❖ The NYCDOE New Teacher Mentoring website
❖ New Teacher Instructional Mentoring Guide for Principals
❖ School Based Mentoring Certification Course
❖ New Teacher Induction Committee Handbook
❖ Mentoring Tracking System For troubleshooting assistance: MTSsupport@schools.nyc.gov
❖ The United Federation of Teachers mentors page

 ## Welcome into the Community

1. Overview your school mission, values, and goals
2. Send welcome letter to new hires

❖ Template D: New Teacher Welcome Letter
❖ Template E: Onboarding Essentials

 ## Care for Social-emotional Well-being

1. Create low-stakes spaces to share "first year" stories
2. Ensure new hires have adequate classroom supplies and materials
3. Dedicate time for classroom set up

❖ New Teacher Toolkit
❖ Template D: New Teacher Welcome Letter

 ## Support Mid-Year Hires

1. Share New Teacher Week resources
2. Dedicate time for classroom set up
3. Connect with mentor and SwD coordinator
4. Share updated School Handbook
5. Provide training on attendance and gradebook systems

❖ New Teacher Toolkit
❖ New Teacher Induction Committee Handbook
❖ New Teacher Instructional Mentoring Guide for Principals
❖ Template D: New Teacher Welcome Letter
❖ Template E: Onboarding Essentials

Inclusive Teacher Recruitment & Hiring Toolkit





## Orient to HR Basics

**Goal**: Ensure all new hires can access HR systems and answer questions that may arise

**Who Should Be Involved:** Principal, Payroll secretary, UFT Chapter Leader

**Guiding Questions:**
How am I checking in with new staff on payroll and benefits? How do I know they have set-up their benefits? Who can they contact with questions?

### Ways to implement:

❑ Plan a time for new teachers to review HR Roadmap and HR Checklist for New Pedagogical Employees, as well as confirm ID, email, payroll and benefits, and vaccine information.

❑ Connect new teachers with the Teachers' Retirement System of the City of New York, including the Tax-deferred Annuity (TDA) retirement program.

❑ Connect teachers with school payroll secretary and provide time for a 1:1 meeting.

❑ Encourage your new teacher to submit their healthcare, pay step differentials and other related documents early.

❑ Share information about how to file grievances and find support when working through conflicts with co-workers.

*"Offering check-ins or resources for learning more about HR concerns would be greatly helpful."*

—New Teacher Testimonial

Inclusive Teacher Recruitment & Hiring Toolkit



## Orient to Your School Building's Logistics

**Goal**: Ground new hires in the layout and logistics of your building

**Who Should Be Involved:** Principal, UFT Chapter Leader, Assistant Principal(s), New Teacher Induction Committee, Mentors and Lead Teachers, Student Ambassador(s)

**Guiding Questions:**
▸ How am I orienting my teachers to the basic logistics of our building? Do new hires have a clear understanding of our floor plan, period length, lunch process, and dismissal systems? Can new hires successfully access classroom supplies and use the printer?

▸ How do I know if a new hire needs accessibility support? Are they comfortable navigating to the school and accessing transportation?

*"Every school should have a set procedure for who makes sure new teachers at a school have all the basics covered."*

**—New Teacher Testimonial**

### Ways to Implement:
❑ Check your school handbook to ensure it includes the following:

   ❑ Contact information for administrators, mentors, department heads, and the payroll secretary

   ❑ Bell schedule with hallway, lunch, and dismissal protocols

   ❑ Staff arrival and dismissal protocol

   ❑ Directions to the building using personal and public transportation

   ❑ Attendance and gradebook instructions with screenshots

   ❑ A floor plan of the building (bonus if it is student-drawn and includes notes about favorite spots)

   ❑ How to navigate the Special Education Student Information System (SESIS)

   ❑ How to navigate age-appropriate student discipline techniques

   ❑ Per session rules and procedures

   ❑ How last minute changes will be announced

   ❑ Contact information for school level (technical) support

❑ Share a document of DOE and school lingo.

❑ Share the First-Class archives to create awareness of the information and remind teachers to look for the first edition of the year to launch in October.

❑ Communicate the benefits of the DOE virtual library-SORA.

❑ Post clear signage in your building—indicating staff entryways and exits, stairwells, and restrooms—either by leveraging the school safety committee, custodial engineer, or by creating your own.

❑ Ensure building entryways, exits, and facilities are accessible to all employees' means of mobility.

❑ Connect a student ambassador with each new hire to provide a tour of the building and explain lunch/dismissal routines *(make sure to pair the student ambassador with at least one adult staff member to confirm what information is being shared).*

❑ Conduct a community walk-through with new hires.

❑ If applicable, discuss with new hires how to manage setting classroom expectations when sharing a room with another teacher.

Inclusive Teacher Recruitment & Hiring Toolkit



## Support Pedagogical Growth

**Goal**: Support the professional success of all new hires by connecting them to supports in your building and other educator communities

**Who Should Be Involved:** Principal, Assistant Principal(s), Grade/Subject/Certification Area Team Leaders and other teacher leaders, IEP coordinator

**Guiding Questions:**

▸ Have I introduced the new hires to their grade/subject/certification area planning teams?

▸ Can all teachers access shared resources for their department, such as lesson planning resources, assessment guidelines, and curriculum? Have I connected new hires to school- or department-wide email threads and meeting invites that support collaboration?

▸ Have I communicated our school's essential practices and focus skills to all teachers? Are they equipped with actionable steps to implement these practices?

▸ Have I connected new teachers to professional development opportunities, including the mandated New Teacher Week? Have they registered successfully by the deadline?

*"The program I am affiliated with—NYC Men Teach—has done a great job in keeping me motivated to continue teaching."*

**—New Teacher Testimonial**

### Ways to Implement:

☐ Ensure teachers register for New Teacher Week (NTW) by the deadline *(all teachers are required to attend).*

☐ Encourage teachers to register for I Teach NYC.

☐ Share New Teacher Toolkit with teachers.

☐ Train new hires in school-specific grading and attendance systems.

☐ Support teachers in accessing external professional development differentiated to their needs, such as:

  ☐ Learning communities for diverse teachers, such as Center for Black Educator Development, the Institute for Teachers of Color Committed to Racial Justice, and NYC Men Teach

  ☐ Instructional support for teachers of multilingual learners and students with IEPs, such as the Multilingual Learners Infohub page and Special Education Infohub page

  ☐ Webinars that support differentiating instruction for diverse student needs, found on the Special Education Office's Professional Learning page.

  ☐ **Note:** Empower teachers to take ownership of their development by choosing additional PD opportunities aligned to self-identified growth areas. Use this link to WeTeachNYC for a library for of PD resources.

☐ Consider research-based PD methods that respond to the needs and strengths of diverse teachers. These hold all teachers accountable for ongoing learning[1]:

  ☐ Critical racial literacy development

  ☐ Racial affinity groups

  ☐ Teacher-led learning

1. Travis J. Bristol, Conra D. Gist, and Rita Kohli, "Effective Supports for Teachers of Color and Indigenous Teachers" (September 16, 2021). Available at: https://kappanonline.org/effective-supports-for-bipoc-teachers-gist-bristol-kohli/

Inclusive Teacher Recruitment & Hiring Toolkit

❏ Host PD on personalizing instructional materials for your school:

  ❏ On building bridges with your students, families, and caretakers

  ❏ On your instructional model, with an emphasis on getting staff to share lesson planning tips and collaboratively unpacking assessment design

  ❏ On reviewing student work, to help weave the new hire into the community and reinforce expectations for student communication

  ❏ On other strategies that are specific and relevant to your school environment

❏ Offer opportunities for the new hire to view experienced instruction:

  ❏ Support intervisitation by building a temporary staggered schedule for release time so the new hire can observe their mentor and other teachers' classrooms and receive intervisits

  ❏ If a staggered schedule is not possible, coordinate planning periods to allow for intervisitation

  ❏ Access the Collaborative Learning Through Peer Inter-visitations Toolkit for research-based strategies and templates to support implementation

❏ Schedule instructional goal setting meetings with new teachers and follow up with purely descriptive non-judgmental observations:

  ❏ Pending consent of the new teacher, include their mentor in debrief conversations and follow-up

❏ Allow teachers time to take school- or central-hosted professional development training offered before, during and/or after school.

❏ Get creative! Consider scheduling Zoom calls facilitated by master teachers in topics such as lesson ideas, self-care and classroom management strategies.

### Survey Says

The NYC DOE New Teacher Survey shows that teachers are seeking more support in assessment building and effective communication with students, families, and caregivers.



### Resources for Professional Development Responsive to the Needs of Diverse Teachers:

▸ The Center for Black Educator Development provides academies, workshops, and resources to support equity in the recruiting, training, hiring, and retention of Black educators.

▸ Learning for Justice offers classroom resources and professional opportunities that support dismantling bias and strengthen intersectional movements. Their work focuses on the following: Culture and Climate, Curriculum and Instruction, Leadership, and Family and Community Engagement.

Inclusive Teacher Recruitment & Hiring Toolkit

 **Support Pedagogical Growth: Students in Special Populations (SwD/MLL)**

**Goal**: Ensure responsive, quality instruction for all learners by connecting new hires to PD opportunities and support structures

**Who Should Be Involved:** Principal, Assistant Principal(s), Grade/Subject Team Leaders and other teacher leaders, IEP coordinator

**Guiding Questions:**
- Have I connected new hires with teacher leaders and provided resources to support responsive instruction for multilingual learners and students with IEPs?
- Have I supported the SwD in creating and implementing a support plan for new hires, including PD sessions on the IEP process?
- Have I provided new hires with strategies and processes for effective communication with families and caregivers?

*"The IEP process for our school was not explained, which left me confused and piled with work."*

**—New Teacher Testimonial**

**Ways to Implement:**
- ❑ Meet with your SwD coordinator and co-create a support plan for making sure new hires understand their schedule, discipline procedures, IEP calendars, and any legal or mandated requirements for instruction and family communication.

- ❑ Host PD on conducting IEP meetings, writing IEPS, and applying their requirements to classroom instruction.

- ❑ Connect new hires to SESIS training.

- ❑ Ensure new teachers know where and how to sign up for PDs, and how to find help with writing IEPs.

- ❑ Share what your school does to support SwD and MLL students at large, and where to find curriculum support.

- ❑ Provide new hires with guidance for effective communication with student families and caregivers.

- ❑ Provide a process for teachers to follow in the event they need an interpreter for a parent conference.

- ❑ Ask teacher leaders to walk new hires through Instructional support resources for teachers of multilingual learners and students with IEPs, such as the Multilingual Learners Infohub page and Special Education Infohub page.

- ❑ Encourage new hires to register for webinars that support differentiating instruction for diverse student needs, such as offerings from the Special Education Office's Professional Learning page.

- ❑ Plan structures to support classroom intervisitation among new hires, model teachers, and mentors to support differentiated instructional delivery, implementing accommodations and modifications, and classroom management strategies.

- ❑ Check in with mentors and mentees to discuss professional goals and monitor their progress.

38

Inclusive Teacher Recruitment & Hiring Toolkit



# Implement a Strong Mentorship Program

**Goal**: All new (first year) teachers are required to receive mentoring. Use the City's mentoring program as a jumping off point to inclusively bring new teachers into your community, considering their intersectional identities to build trust and understanding when assigning mentors

**Who Should Be Involved:** Principal, New Teacher Induction Committee, Mentors, Teachers

**Guiding Questions:**

▸ Have I assigned an in-building mentor to all new teachers?

▸ Have I established and engaged my New Teacher Induction Committee (NTIC) regarding mentor selection?

▸ What structures am I putting in place to support a fruitful mentoring relationship?

  ▸ Am I building teaching schedules to facilitate mentor meetings?

  ▸ Am I budgeting money for participants to support the additional time this takes?

  ▸ Am I matching new teachers and potential mentors around qualities they believe would support a strong partnership?

▸ Have I gotten input from new teachers on what they think makes a strong match, including the full range of identity and commonalities such as shared interests, identity markers like age, race, gender, and culture, and professional qualities like experience and the subject/grade level being taught?

▸ Has the NTIC responded to new teacher input when advising mentor matches?

▸ What type of curriculum am I giving my mentors? Have I shared the expectation that mentors become certified in Mentoring for Equity through the DOE's Citywide Mentoring certification course?

**Guiding Questions, *Continued*:**

▸ What expectations around classroom visits, modeling, co-teaching, debriefs, and assessment review am I giving?

▸ How am I getting feedback on whether this is a successful pairing? What recourse do my mentees have if the mentor I assigned is not supporting their needs?

▸ While maintaining mentor-mentee confidentiality, how am I engaging both the mentee and mentor to ensure alignment of expectations?

"Having a mentor is very important... They provide everything from physical support in helping to arrange the classroom to guidance grounded in their own experiences."

**—New Teacher Testimonial**

## Ways to Implement:

❑ Form a New Teacher Induction Committee (NTIC)—comprised of the UFT chapter leader, teachers and other community members, such as instructional support staff, students, and caregivers—and engage the NTIC to create a new teacher mentoring plan for first year teachers.

❑ Push the NTIC to consider the following when selecting mentors:

  ❑ Capacity to engage mentees in conversations that focus on culturally responsive and sustainable practices

  ❑ Ability to support routines that are inclusive of marginalized identities, such as race, gender, home language, and neurodivergence

Inclusive Teacher Recruitment & Hiring Toolkit

- ❏ Possess content expertise that is related to the roles of mentees

- ❏ Require certification in Mentoring for Equity and support completion.

- ❏ Ensure all mentors have a pacing calendar for the school year to support mentee's instruction, including opportunities for mentee and mentors to connect well before the first day of classes.

- ❏ Prompt mentors to share instructional resources, such as department resource drives, curriculum maps, textbooks, lesson planning resources, and assessment guidelines.

- ❏ Jumpstart the relationship by providing a list of potential support offerings that can be customized according to needs identified by the mentor and mentee. Consider the following examples when creating your list:

  - ❏ Mentor greets mentee during the first period of their first day to assist with attendance

  - ❏ Mentor models instruction and offers to co-teach a class as a next step

  - ❏ Mentor opens their classroom to the mentee, and/or connects them to other teachers

- ❏ Build a structure for mentees to offer feedback about mentoring, including options to be partnered with a new mentor if their needs are not being met.

- ❏ Plan low-stakes group check-in meetings with administrators and new hires to strengthen connections and build trust.

- ❏ Mentors are an excellent support group but should not be the sole person a new teacher

relies on. If the new teacher was hired through a non-traditional pathway, remind them of opportunities to seek additional support through their alternative certification program.

## Inclusion through Mentorship

When pairing mentors with mentees, considering intersectional identity is a key step to cultivating an inclusive, welcoming environment. Go beyond subject area and grade to consider how characteristics such as age, culture, race, and recency to the profession can bond people. Ask for input from mentees about what qualities and points of connection can support a fruitful mentoring relationship.

## NYC DOE Mentorship Programming Guidance and Tools

- ▸ The NYCDOE New Teacher Mentoring website

- ▸ New Teacher Instructional Mentoring Guide for Principals

- ▸ New Teacher Induction Committee Handbook

- ▸ Mentoring Tracking System

- ▸ The United Federation of Teachers mentors page

## External Resources to Support Mentorship Programming

- ▸ The New Teacher Center's High Quality Mentoring & Instructional Coaching Practices offer guidance for developing an effective mentorship program that supports professional development and advances student learning.

- ▸ Edutopia's 3 Strategies for Productive Teacher Mentoring provide tips for building collaborative structures that foster reciprocal learning between mentor and mentee.

- ▸ The New Teacher Center's article about building trust shares a powerful example of how intentional listening can transform mentor relationships.

Inclusive Teacher Recruitment & Hiring Toolkit



# Welcome into the Community

**Goal**: Help new hires feel at home in a new environment

**Who Should Be Involved:** School staff, students, families, and caregivers

**Guiding Questions:**
- How am I involving students in onboarding to help welcome new teachers?
- How am I providing opportunities for teachers to engage with the community?
- How am I teaching new hires about our community values? How am I building a school culture that embodies these values?

> *"As educators, we understand the value of a growth mindset, and should understand that adults—just like our students—flourish when we are encouraged to build on who we are and feel valued as unique individuals."*
>
> **—New Teacher Testimonial**

## Ways to Implement:

- ❑ Build ice breakers into professional learning events and team meetings to help new staff get to know each other and their community.
- ❑ Hold school-based welcome events such as:
  - ❑ A "Welcome Back BBQ" to build interpersonal relationships
  - ❑ A tour of the neighborhood. This is a great chance to have students join the onboarding process. Allow student tour guides to show off their neighborhood, including lunch spots, train access points, parks, and community highlights.
    - ❑ A scavenger hunt to interact with local businesses
    - ❑ A "speed networking" event at a staff meeting for new hires to ask questions
- ❑ Give an overview of your school, sharing your mission, goals, demographic data and support services. This should include expectations for professional development, teacher teams, teaching observation processes, and evaluation.
- ❑ Invite teachers to tour the school and visit classrooms, then set up a structured debrief of their visits to underscore key routines and community expectations.
- ❑ Create a "Community Guide"—built by the NTIC, students, and families—that offers:
  - ❑ A list of restaurants for lunch with directions
  - ❑ Building protocols for arrival/lunch/dismissal
  - ❑ "First week" tips and testimonials from students and teachers
  - ❑ A sample daily routine
- ❑ Conduct a neighborhood walk-through with new hires.



Inclusive Teacher Recruitment & Hiring Toolkit

 ## Care for Social-emotional Well-being

**Goal:** Create structures and spaces to humanize the teaching experience

**Who Should Be Involved:** Principal, NTIC, Mentors, New Teachers, Students

**Guiding Questions:**

▸ Have I reserved time for teachers to set up their classroom and independently plan? How can mentors support classroom setup?

▸ How am I providing opportunities for mentors to check-in with mentees and build personal connections?

▸ How am I creating an environment that feels safe and welcoming for all identities and experience levels?

  ▸ Are there opportunities for authentic sharing and storytelling? How can I open space for my experienced staff to share "first-year" stories with new hires?

  ▸ Are there opportunities for connecting with affinity groups?

### Ways to Implement:

❑ Administer your own school-specific new teacher survey to assess the needs and wants of new teachers.

❑ Check in with new teachers in-person and create a welcoming environment for them to share their thoughts and feelings.

❑ Create opportunities for teachers to share stories about their first year, be vulnerable about their practice, and create bonds, consider:

  ❑ Encourage teachers to invite new hires for to sit with them for lunch, potentially structuring a "buddy" system

❑ Create an environment where it is safe to fail occasionally and mistakes are an opportunity for learning—because everyone at your school understands that perfection is impossible.

❑ Uplift the successes of new teachers, offering positive feedback outside of formal observations.

❑ Connect services for student social-emotional wellbeing to the staff, such as mindfulness moments or group yoga.

❑ Offer affinity spaces, or provide access to affinity spaces outside of the school, such as NYC Men Teach, for teachers to share their experiences with affinity groups.

❑ Keep email communications to a minimum as teachers are receiving emails from both their school and central offices.

❑ Dedicate time for setting up the classroom:

  ❑ Make sure additional activities like social hours or PD do not overwhelm the teacher, but are supports around the core work of establishing their own classroom and instructional style

  ❑ Consider housing a shared resource bank with classroom supplies

  ❑ Instruct mentors and/or NTIC members to thought partner with new teachers about how the classroom set up supports student learning

"I wish I would receive information letting me know when I do something good outside of an observation. I work really hard to go above and beyond but that doesn't seem to matter to anyone."

**—New Teacher Testimonial**

Inclusive Teacher Recruitment & Hiring Toolkit



# Support Mid-Year Hires

**Goal**: Provide responsive support and an inclusive environment to all new hires regardless of their start date

**Who Should Be Involved:** Principal, Assistant Principal(s), NTIC, Mentors, New Teachers, Students, Grade/Subject Team Leaders and other teacher leaders, IEP coordinator

**Guiding Questions:**
- Have I shared curriculum guidance and model lesson plans to support a smooth transition into the role?
- Have I connected the new hire(s) with their subject/grade level teams?
- Have I consulted the NTIC to match the new hire with a mentor?
- Have I dedicated time for the new hire to connect with administrators and teachers?
- Have I dedicated time for classroom setup?

"Since I started midway through the year, I felt as though I was not given the support to fully comprehend the scope of my role. I also did not receive support or instruction on all the technology we need, such as access to different websites and tools, and how to sign up for the union."

—New Teacher Testimonial

## Ways to Implement:

☐ Provide mid-year hires with the same support you gave teachers who started at the start of the school year, including:

  ☐ Time to connect with administrators

  ☐ Meetings to discuss professional goals, and observation and feedback process to support them

  ☐ An opportunity to share input about what qualities and points of connection they believe would contribute to a positive mentoring experience

  ☐ Guidance on attendance and gradebook systems

  ☐ Connections to professional learning communities for diverse teachers, such as Center for Black Educator Development, the Institute for Teachers of Color Committed to Racial Justice and NYC Men Teach

☐ Share New Teacher Week resources.

☐ Orient to required and optional NTW sessions and resources.

☐ Connect with subject/grade level team leads to hold an instructional support meeting that:

  ☐ Gives an overview of what instruction the new hire's students have received so far

  ☐ Provides curriculum resources and instructional pacing guides

  ☐ Holds space for the new hire to ask questions and explain any concerns or needs

☐ Provide teachers with link to WeTeachNYC and I TeachNYC for banks of professional development resources.

☐ Share your updated school handbook and prepare your NTIC to welcome the new hires.

☐ Conduct a school building and neighborhood walkthrough to help welcome them into the community.

Inclusive Teacher Recruitment & Hiring Toolkit

## Template C
## Sample Onboarding Timeline

 Click here to download and customize to your needs*

### Immediately after hiring

- ❑ If the new hire is a first year teacher, form the NTIC to advise mentor selection and post the mentoring position with staff
- ❑ Provide new hire(s) with access instructions for the employee portal, email, benefits, the TDA retirement program, and payroll documents
- ❑ Send a personal welcome email to each new hire
- ❑ Send pertinent dates for school welcome events and orientation
- ❑ Send calendar holds for New Teacher Week and advise new teachers when to register
- ❑ Prompt mentors to send a welcome email to new teachers that includes instructional support contacts and resources  (i.e., district pacing guides, standards, log in instructions for e-books, email address for instructional coach and/or department head)

### 1 week before classes start

- ❑ Introduce mentors and mentees
  - ❑ Schedule a welcome meeting with all mentors/mentees to:
    - ❑ Share goals of the program
    - ❑ Create first opportunity for interpersonal connection
- ❑ Hold an all-staff meeting to communicate your school's essential practices and focus skills
  - ❑ Introduce new hires
  - ❑ Share a story from your teaching days
- ❑ Connect new hires with PD opportunities, such as:
  - ‣ New Teacher Week (mandatory, ensure teachers are registered)
  - ‣ ITeachNYC
  - ‣ In-house PD on assessment building and student/family/caregiver communication strategies
  - ‣ In-house PD where experienced teachers model delivering a lesson for new teachers
  - ‣ UFT Teacher Center
  - ‣ In-building Instructional Coaches
  - ‣ Model teachers and peer collaborators
- ❑ Hold a social hour and lunch hour to build community
- ❑ Dedicate time for classroom set up
- ❑ Connect new hires with a student ambassador for a school tour and building procedure overview
- ❑ Dedicate a meeting time for the UFT chapter leader to meet with new hires

*Continued on next page*

Inclusive Teacher Recruitment & Hiring Toolkit

## Template C
## Sample Onboarding Timeline, *Continued*

### First week of teaching

- ❑ Provide mentors with a suggested schedule of touchpoints, but remind them to align them with their mentee's needs. Suggested touchpoints could include:
  - ▸ 1st period of 1st day teaching
  - ▸ After last bell on their 1st day teaching
  - ▸ One lunch period
  - ▸ End of first week
  - ▸ One planning period
- ❑ Remind mentors to utilize tools from mentoring certification to support conversations
- ❑ Check-in with new hires to ensure they can access all instructional materials, including resource drives and templates
- ❑ Create a clear time for check-ins to avoid surprise observations
- ❑ Ask student volunteers to greet teachers at school entrances during arrival and dismissal

### First month of teaching

- ❑ Ensure instructional support meetings are taking place with all new teachers to set meaningful goals and address needs
- ❑ Informally observe classroom instruction of all new teachers
- ❑ Debrief observations with teachers in a timely manner and provide constructive feedback

### Ongoing

- ❑ Schedule monthly check-in meetings with mentors and mentees to ask for feedback on program, e.g.:
  - ▸ **To all:** Are you finding sufficient time to connect? How can I support you?
  - ▸ **To mentors:** What professional goals are you working on with your mentee?
  - ▸ **To mentors:** What might I look for in your mentee's classroom to support these goals?
  - ▸ **To mentees:** What professional goals are you working on? Do you feel empowered to make progress, or do you need additional support?
- ❑ Collect survey or in-person feedback from mentees about mentorship program
- ❑ Respond to feedback from mentees, reassigning mentors if needed
- ❑ Intentionally balance meeting time and planning time
- ❑ Consider bandwidth of new teachers and mentors
- ❑ Allocate budget for mentors and New Teacher Induction Committee where possible
- ❑ Recognize student ambassadors and volunteers for their leadership
- ❑ Consider ways to support reciprocal teaching from mentee to mentor
  - ▸ E.g., you may notice a new teacher using technology in a robust way or trying an effective engagement strategy. Uplift these successes and provide opportunities for new teachers to share their skills.
- ❑ Plan how to sustain mentor relationships beyond the first year of teaching

Inclusive Teacher Recruitment & Hiring Toolkit

## Template D
## New Teacher Welcome Letter

 Click here to download and customize to your needs*

Good morning new teachers,

On behalf of the [insert school name] community, welcome and congratulations on your new role! We look forward to working together to provide the best possible environment for students and staff alike. Over the next few weeks, you will receive communications about HR-related procedures, district-sponsored orientation, and school-building professional development opportunities. Knowing that all this information can become overwhelming, please reference the checklist below as you begin onboarding. Many of the items require a DOE login. Please reach out to me, Principal [insert name] at [insert email address], if you need support accessing your DOE email or credentials.

1. **Register for DOE New Teacher Week by [_____].**

2. **Review the Human Resource Roadmap.** The HR Roadmap is a step-by-step guide to all HR items and steps you will need to complete as a new DOE employee. Ensure you review the guidance on this page and ask any related questions early in your onboarding process.

3. **Submit Your Vaccination Information.** As of September 12, 2021, all DOE staff are required to provide proof of COVID-19 vaccination. You must submit proof of vaccination using the NYC DOE's Vaccination Portal.

    ▸ For more information and updates, visit the COVID-19 Vaccination Portal page on the NYC DOE Info Hub.

    ▸ For more information about where to get vaccinated, visit vaccinefinder.nyc.gov or call 877-VAX-4-NYC.

    ▸ For more information on where to get tested, visit https://www.nychealthandhospitals.org/covid-19-testing-sites/.

4. **Schedule a 1:1 check-in meeting with our payroll secretary.** [Insert name, contact information, and guidance for scheduling their first meeting]

5. **Attend school building orientation.** [Insert details on dates, times, and focus area of any school-specific training and orientation events]

6. **Look for email communication about mentoring and follow included steps.** If you are a first year teacher, expect to be assigned an in-building mentor that will support your professional development and induction into our community over the next year. [Add school-specific information relevant to your mentorship plan]

7. **Set up your classroom.** [Add guidance about when and how teachers can set up their classroom, including ways to connect with the NTIC for support and places in the building they can find extra classroom materials.]

8. **Join us for our Welcome Back BBQ!** [Add details about your school welcome event]

We are grateful for your commitment to our community and look forward to seeing you in the building soon!

In partnership,

Principal _____

[Add relevant school motto and/or mascot]

Inclusive Teacher Recruitment & Hiring Toolkit

## Template E
## Onboarding Essentials

Click here to download and customize to your needs*

**Note:** This table is pre-filled with key steps to address each essential question. After reflecting with your hiring committee about past onboarding practices and potential gaps, edit this table to align with your school's needs.

| How are we meeting HR and logistic needs? | How are we creating a welcoming, inclusive environment? |
|---|---|
| 1. Provide payroll secretary contact info and support scheduling 1:1 meetings<br>2. Update and share employee handbook<br>3. Post building signage and ensure facilities are accessible for all | 1. Host a social school welcome event<br>2. Create low-stakes spaces to share "first year" stories<br>3. Host differentiated PD that is responsive to the needs of diverse teachers, and teachers of special populations, such as multilingual learners and students with IEPs |
| **How are we supporting "day one" success?** | **How are we laying the foundation for continuous learning?** |
| 1. Connect new hires with subject/grade level teams to access instructional materials and collaboratively plan<br>2. Ensure teachers register for New Teacher Week<br>3. Dedicate time for classroom set up | 1. Form NTIC and utilize New Teacher Mentoring resources to create a mentorship program<br>2. Understand new hires' professional goals and structure observations, debriefs, and peer inter-visitations to support progress<br>3. Connect new hires with external professional learning communities, such as the Center for Black Educator Development and the Institute for Teachers of Color Committed to Racial Justice. |

Inclusive Teacher Recruitment & Hiring Toolkit

# Additional Resources

***Don't go it alone!*** **There are many resources available to assist you in this process.**

## External Resources

▸ Chancellor's Regulation A-830, DOE's Anti-Discrimination Policy and Procedures for Filing Internal Complaints of Discrimination, provides a list of protected class definitions and EEO legal resources.

▸ United States Office of Personnel Management OPM Structured Interviews: A Practical Guide

## Internal Resources

▸ H.I.R.E. Connections Home Page (includes this resource and relevant policy)

▸ Customizable Sample Structured Interview Individual Rating Form

▸ Customizable Structured Interview Group Rating Form

## Training Opportunities

▸ Implicit Bias Awareness Workshops: Over the past three years, over 70,000 NYC educators have attended the Implicit Bias Awareness foundational workshop.

   ▸ Click for more information on how you and your hiring committee can sign up.

For questions related to this guide and to learn more about relevant training opportunities, visit the Inclusive Teacher Recruitment & Hiring Initiative homepage or email support@nycdoetrq.zendesk.com.

If you have questions regarding DOE's Non-Discrimination Policy or Chancellor's Regulation A-830, please contact the Office of Equal Opportunity & Diversity Management ("OEO") at OEODiversity@schools.nyc.gov.

**Thank you for taking your valuable time to use this guide!**