UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEATHER JANSEN,                                         Case No. 1:23-cv-06756-HG

                Plaintiff,

                                                                        **NOTICE OF VOLUNTARY**
   -   against  -                                 **DISMISSAL PURSUANT TO**
                                                                          **FRCP 41(a)(1)(A)(i)**
THE CITY OF NEW YORK; NEW YORK CITY                     **AS TO ALL DEFENDANTS**
DEPARTMENT OF EDUCATION; DAVID BANKS, in
his official capacity as Chancellor of the New York City
Department of Education; MARION WILSON, in her
official capacity as Superintendent of District 31 of the
New York City Department of Education;

                Defendants.
------------------------------------------------------------X

       Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in compliance with the Court's Order dated December 3, 2024, Plaintiff voluntarily dismisses her claims against all Defendants in the above-captioned action without prejudice.

Dated: December 6, 2024
       New York, New York

SHEGERIAN & ASSOCIATES

By: _____
   Olivia M. Clancy
90 Broad Street, Ste. 804
New York, New York 10004
(212) 257-8883
oclancy@shegerianlaw.com

*Counsel for Plaintiff*
*Heather Jansen*

1

SO ORDERED:

_____
Hector Gonzalez
United States District Judge